UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10106JLT

ZHANNA CHIZHIK, Administratrix
of the Estate of Grigory Chizhik,
      Plaintiff,

v.

SEA HUNT, INC.,
TROPICLAND MARINE AND TACKLE, INC.,
And GREGORY ZILBERMAN,
      Defendants.

### NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

In accordance with Local Rule 83.5.2, please enter my appearance as attorney for defendant, Tropicland Marine And Tackle, Inc., whose correct name is Tropicland, Inc., in the above-referenced matter.

                Respectfully submitted,

                Defendant,
                Tropicland, Inc.
                By its attorney,

                David W. McGough, BBO # 553069
                CORNELL & GOLLUB
                75 Federal Street
                Boston, MA 02110
                TEL: (617) 482-8100
                FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

I, David W. McGough, attorney for the defendant, Tropicland, Inc., hereby certify that on the 17th day of February, 2004, a true copy of the foregoing Notice of Appearance, was served by first class mail, postage pre-paid, directed to:

David B. Kaplan, Esq.
The Kaplan Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA 02210

_____
David W. McGough