UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10106JLT

ZHANNA CHIZHIK, Administratrix
of the Estate of Grigory Chizhik,
       Plaintiff,

v.

SEA HUNT, INC.,
TROPICLAND MARINE AND TACKLE, INC.,
And GREGORY ZILBERMAN,
       Defendants.

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

In accordance with Local Rule 83.5.2, please enter my appearance as attorney for defendant, Tropicland Marine And Tackle, Inc., whose correct name is Tropicland, Inc., in the above-referenced matter.

Respectfully submitted,

Defendant,
Tropicland, Inc.
By its attorneys,

_____
Marci J. Shyavitz, BBO#653151
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
TEL: (617) 482-8100
FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

  I, Marci J. Shyavitz, attorney for the defendant, Tropicland, Inc., hereby certify that on the 17th day of February, 2004, a true copy of the foregoing Notice of Appearance was served by first class mail, postage pre-paid, directed to:

David B. Kaplan, Esq.
The Kaplan Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA  02210

                 Marci J. Shyavitz