## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on <u>January 30</u>, 200<u>4</u>, I served a copy of the within summons and order of notice, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

<u>by serving "IN-HAND" upon Gregory Zilberman,</u>
<u>9 Dexter Street, Stoughton, MA @ 2:17 PM</u>

Dated: <u>January 30</u>, 200<u>4</u>.   _____Thomas C. Healy_____

                                        Special

N.B.  TO PROCESS SERVER:—
      PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN
      THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

                                        | January 30, 2004. |

---

COMMONWEALTH OF MASSACHUSETTS
U.S. District Court
~~SUPERIOR COURT DEPARTMENT~~
OF THE TRIAL COURT
CIVIL ACTION
No. 04-10106JLT

ZHANNA CHIZHIK, Plff(s).

v.

SEA HUNT BOATS, INC.
TROPICLAND, INC.
GREGORY ZILBERMAN, Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

# THE KAPLAN / BOND GROUP

David B. Kaplan
Thomas M. Bond
Andrew S. Kaplan
Tracey N. Kaplan

*Attorneys at Law and Proctors in Admiralty*
*Boston Fish Pier, West Building, Suite 304*
*Boston, Massachusetts 02210*
*(617) 261-0080   FAX (617) 261-1558*

February 20, 2004

Civil Clerk's Office
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:  ZHANNA CHIZHIK v. SEA HUNT, INC., TROPIC LAND MARINE AND TACKLE, INC., and GREGORY ZILBERMAN   C.A. No. 04-10106JLT

Dear Sir/Madam:

Enclosed herewith please find original summons in connection with the above-referenced matter, with service of process endorsed thereon.

Kindly docket and file same.

Thank you for your cooperation.

Very truly yours,

*David B. Kaplan*

DAVID B. KAPLAN

DBK/rg

Enclosure.