AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF

**SUMMONS IN A CIVIL ACTION**

ZHANNA CHIZHIK
V.
SEA HUNT, INC.,
TROPIC LAND MARINE AND TACKLE, INC., and
GREGORY ZILBERMAN

CASE NUMBER:

04-10106JLT

TO: (Name and Address of Defendant)

SEA HUNT BOATS, INC.
5535 ROSEBANK CT
LEXINGTON, SC 29072

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DAVID B. KAPLAN, ESQUIRE
KAPLAN BOND GROUP
Boston Fish Pier, West Building, Suite 304
Boston, MA 02210
(617) 361-0800

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE January 16, 2004

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | February 6, 2004 / 9:09 am |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert P. Jones | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Victor O. Root (Agent of Service) 5535 Rosebank Ct., Lexington, SC 29073

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $11.20 | $35.00 | $46.20 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 6, 2004     *Robert P. Jones*
                Date                  Signature of Server

P.O. Box 2516, Lexington, SC 29071
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

STATE OF SOUTH CAROLINA   )
                          )   AFFIDAVIT OF SERVICE
COUNTY OF LEXINGTON       )
                          )

PERSONALLY APPEARED BEFORE ME, Robert P. Jones, who being duly sworn deposes and says that he has on the date and time indicated served process as follows according to the South Carolina Code of Laws and the South Carolina Rules of Civil Procedure:

| | |
|---|---|
| DOCUMENT: | **Summons and Complaint** |
| TO: | **Sea Hunt Boat Manufacturing Co., Inc.** |
| IN THE MATTER OF: | **Zhanna Chizhik v. Sea Hunt, Inc., Tropic Land Marine and Tackle, Inc., and Gregory Zilberman 04-10106JLT** |
| BY DELIVERING A COPY OF SAME TO: | **Victor O. Roof (Agent of Service) Sea Hunt Boat Manufacturing Co., Inc. 5535 Rosebank Court Lexington, SC 29073** |
| DATE SERVED: | **February 6, 2004 / 9:09 am** |

_____
Robert P. Jones

Sworn to and subscribed before me
this 6th day of February, 2004.

_____
Barbara R. Jones
My commission expires: 12/01/2008

# THE KAPLAN / BOND GROUP

*David B. Kaplan*
*Thomas M. Bond*
*Andrew S. Kaplan*
*Tracey N. Kaplan*

*Attorneys at Law and Proctors in Admiralty*
*Boston Fish Pier, West Building, Suite 304*
*Boston, Massachusetts 02210*
*(617) 261-0080   FAX (617) 261-1558*

February 20, 2004

Civil Clerk's Office
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   ZHANNA CHIZHIK v. SEA HUNT, INC., TROPIC LAND MARINE AND TACKLE, INC., and GREGORY ZILBERMAN

Dear Sir/Madam:

Enclosed herewith please find original summons in connection with the above-referenced matter, with service of process endorsed thereon.

Kindly docket and file same.

Thank you for your cooperation.

Very truly yours,

*[signature]*

DAVID B. KAPLAN

DBK/rg

Enclosure.