UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10106JLT

ZHANNA CHIZHIK,                       )
Administratrix of the Estate          )
of Grigory Chizhik,                   )
    Plaintiff                         )
                                      )
v.                                    )
                                      )
SEA HUNT BOATS, INC.,                 )
TROPICLAND                            )
MARINE AND TACKLE, INC.,              )
and GREGORY ZILBERMAN,                )
    Defendants.                       )
_____)

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance as Counsel on behalf of the Defendant, Sea Hunt Boats, Inc. in connection with the above-captioned matter.

                                        The Defendant,
                                        SEA HUNT BOATS, INC.
                                        By their attorneys,

                                        /s/ William P. Breen, Jr.
                                        William P. Breen, Jr., Esq. BBO # 558768
                                        MURPHY, HESSE, TOOMEY & LEHANE, LLP
                                        300 Crown Colony Drive, Suite 410
                                        Quincy, MA 02169
                                        (617) 479-5000

Dated:  February 18, 2004

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that on this 18th day of February, 2004, he served a copy of the foregoing document, via first class mail, upon the following:

David B. Kaplan, Esq.
Timothy M. Barouch, Esq.
The Kaplan/Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA 02210

_____
William P. Breen, Jr.