UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZHANNA CHIZHIK,<br>Administratrix of the Estate of<br>Grigory Chizhik,<br>    Plaintiffs<br><br>v.<br><br>SEA HUNT BOATS, INC., TROPICLAND<br>MARINE AND TACKLE, INC., and<br>GREGORY ZILBERMAN,<br>    Defendants | DOCKET NO. 04-10106JLT |

TO THE CLERK OF THE ABOVE-NAMED COURT:

## NOTICE OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of the Defendant, Gregory Zilberman, in connection with the above-captioned matter.

Respectfully Submitted,
**Defendant, Gregory Zilberman**
By his attorney,

David C. Stadolnik (BBO #551052)
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
(617) 770-2214

Dated: March 12, 2004

## CERTIFICATE OF SERVICE

I, David C. Stadolnik, hereby certify that on March 12, 2004, I served a copy of the foregoing Notice of Appearance upon all counsel by forwarding a copy by first class mail, postage prepaid, to Philip M. Hirshberg, Esq. and Lauren Motola-Davis, Esq., Morrison, Mahoney & Miller, LLP, 250 Summer Street, Boston, MA 02210; and David B. Kaplan, Esq., Kaplan Bond Group, Boston Fish Pier, West Building, Suite 304, Boston, MA 02110.

David C. Stadolnik