UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10106JLT

| | |
|---|---|
| ZHANNA CHIZHIK, Administratrix of the Estate of Grigory Chizhik, Plaintiff | )<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| SEA HUNT BOATS, INC., TROPICLAND MARINE AND TACKLE, INC., and GREGORY ZILBERMAN, Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify and affirm that defense counsel has conferred with his client:

(a) With a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

The defendant,
Sea Hunt Boats, Inc.

_____
Mr. Victor Roof,
President
Sea Hunt Boats, Inc.

Defense counsel,

_____
William P. Breen, Jr., BBO #558768
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126

Dated: April 14, 2004

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that on this 16th day of April, 2004, he served a copy of the foregoing document, via first class mail, upon the following:

David B. Kaplan, Esq.
Timothy M. Barouch, Esq.
The Kaplan/Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA 02210

Lauren Motola-Davis, Esq.
Philip M. Hirshberg, Esq.
Morrison, Mahoney & Miller, LLP.
250 Summer Street
Boston, MA 02210

David W. McGough, Esq.
Marci Shyavitz, Esq.
Cornell & Golub
75 Federal Street
Boston, MA 02110

David C. Stadolnik, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive
Second Floor
Quincy, MA 02171

_____
William P. Breen, Jr.