UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10106JLT

ZHANNA CHIZHIK, Administratrix
of the Estate of Grigory Chizhik,
    Plaintiff,

v.

SEA HUNT, INC.,
TROPICLAND MARINE AND TACKLE, INC.,
And GREGORY ZILBERMAN,
    Defendants.

### LOCAL RULE 16.1(D)(3) CERTIFICATION OF TROPICLAND, INC.

    Pursuant to United States District Court Local Rule 16.1(D)(3), Defendant Tropicland, Inc., through its authorized representative, certifies that it has conferred with undersigned counsel regarding the budget for the costs of conducting the full course, including various alternative courses, of this litigation. Defendant and counsel have also conferred regarding the resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States District Court Local Rule 16.4.

_____
Larry W. Mathews
President and Treasurer
Tropicland, Inc.
100 Bridge Street
Dedham, MA  02026

_____
Tropicland, Inc.
By Its Attorneys,
Marci J. Shyavitz, BBO# 653151
CORNELL & GOLLUB
75 Federal Street
Boston, MA  02110

## CERTIFICATE OF SERVICE

I, Marci J. Shyavitz, attorney for the defendant, Tropicland, Inc., hereby certify that on the 28th day of April, 2004, a true copy of the foregoing Local Rule 16.1(D)(3) Certification Of Tropicland, Inc., was served by mail, postage prepaid, directed to:

David B. Kaplan, Esq.
Timothy M. Barouch, Esq.
The Kaplan/Bond Group
Boston Fisher Pier
West Building, Suite 304
Boston, MA  02210

Lauren Motola-Davis, Esq.
Philip M. Hirshberg, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA  02210

William P. Breen, Jr., Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA  02169

David C. Stadolnik, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA  02171

_____
Marci J. Shyavitz