## CORNELL & GOLLUB
ATTORNEYS AT LAW
75 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 482-8100
TELECOPIER (617) 482-3917
cgmail@cornellgollub.com

DAVID H. SEMPERT
PETER M. DURNEY◊+
DAVID W. McGOUGH**
THOMAS A. PURSLEY◊+
MARIE CHADEAYNE CHAFE△
JAMES P. KERR
PATRICIA A. HARTNETT◊
STEPHANIE LYONS SULLIVAN
GREGG P. BAILEY△
MARCI J. SHYAVITZ
CHRISTINE A. KNIPPER
TRACY L. KORAL
MELANIE M. RAND
OF COUNSEL
PHILIP J. FOLEY☆

ROBERT W. CORNELL
(1910-1987)
KARL L. GOLLUB
(1934-1985)

RHODE ISLAND OFFICE

148 MAIN STREET
WAKEFIELD, RHODE ISLAND 02879

TELEPHONE (401) 782-2072
TELECOPIER (401) 782-4941

△ ALSO ADMITTED IN CONNECTICUT
* ALSO ADMITTED IN MAINE
+ ALSO ADMITTED IN NEW HAMPSHIRE
☆ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA
◊ ALSO ADMITTED IN RHODE ISLAND

April 27, 2004

Deputy Clerk Zita Lovett
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
One Courthouse Way
Boston, MA 02210

**VIA HAND DELIVERY**

RE: Zhanna Chizhik, Administratrix of the Estate of Grigory Chizhik v. Sea Hunt, Inc., Tropicland Marine And Tackle, Inc. and Gregory Zilberman, C.A. No.: 04-10106JLT

Dear Ms. Lovett:

Per the Discovery Order issued by Judge Tauro in the above-referenced case, this letter is to advise the Court that defendant Tropicland, Inc. anticipates filing a motion to amend its Answer to assert cross-claims against co-defendants Sea Hunt, Inc. and Gregory Zilberman for contribution and indemnification. Thank you.

Very truly yours,

David W. McGough

DWM/mjs
cc: David B. Kaplan, Esq. (via first class mail)
William P. Breen, Jr., Esq. (via first class mail)
David C. Stadolnik, Esq. (via first class mail)
Lauren Motola-Davis, Esq. (via first class mail)
Philip M. Hirshberg, Esq. (via first class mail)
Larry and Karen Mathews (via first class mail)