UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
ZHANNA CHIZHIK,                      *
Administratrix of the Estate         *
of Grigory Chizhik,                  *      C.A. NO.:   04-10106-JLT
        Plaintiff                    *
                                     *
v.                                   *
                                     *
SEA HUNT, INC., TROPICLAND           *
MARINE AND TACKLE, INC., and         *
GREGORY ZILBERMAN,                   *
        Defendants                   *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## LOCAL RULE 16.1(D)(3) CERTIFICATION

I, David B. Kaplan, hereby certify that I have engaged in discussions with my client, Zhanna Chizhik, concerning a budget of costs for this litigation and an alternative dispute resolution mechanism, as required by Local Rule 16.1(D)(3).

_____
ZHANNA CHIZHIK

ZHANNA CHIZHIK,

By her attorneys,

_____
DAVID B. KAPLAN, BBO#258540
TIMOTHY M. BAROUCH, BBO#644044
THE KAPLAN/BOND GROUP
BOSTON FISH PIER
WEST BUILDING, SUITE 304
BOSTON, MA 02210
(617) 261-0080

April 30, 2004

## CERTIFICATE OF SERVICE

I, Timothy M. Barouch, hereby certify that on May 3, 2004, I served a copy of the following document:

1. Local Rule 16.1(D)(3) Certification of Plaintiff, Zhanna Chizhik

By mailing same first class postage prepaid to:

William P. Breen, Esquire
Murphy, Hesse, Toomey & Lehane, LLP
Crown Colony Plaza
300 Crown Colony Drive, Suite 410
PO Box 9126
Quincy, MA 02269

Philip M. Hirshberg, Esquire
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

David C. Stadolnik, Esquire
Smith & Brink P.C.
122 Quincy Shore Drive
Quincy, MA 02171

Marci J. Shyavitz, Esquire
Cornell & Gollub
75 Federal Street
Boston, MA 02110

_____
TIMOTHY M. BAROUCH, ESQUIRE