UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ZHANNA CHIZHIK, Administratrix of the Estate of Grigory Chizhik, | * * * | |
| Plaintiff, | * * * | |
| v. | * * | Civil Action No. 04-10106-JLT |
| SEA HUNT, INC., TROPICLAND MARINE AND TACKLE, INC., and GREGORY ZILBERMAN, | * * * * | |
| Defendants. | * | |

ORDER

May 4, 2004

TAURO, J.

After the conference on May 4, 2004, this court hereby orders that:

1. The Parties shall fully comply with this court's Rule 26 Discovery Order by June 4, 2004;

2. Plaintiff may depose the following individuals: (1) Gregory Zilberman and (2) Amir Lashgari;

3. Defendants may depose the following individuals: (1) Zhanna Chizhik, (2) the two adult children of Grigory Chizhik, (3) Gregory Zilberman, (4) Amir Lashgari, (5) Erik MacDonald, (6) Jessica Bajus, (7) Kurt Ormberg, (8) Aaron Johnson, (9) Michelle Johnson, (10) a representative of the United States Coast Guard, (11) a representative

        of the Massachusetts Environmental Police, (12) the Keeper of Records at the Boston Medical Center, and (13) a representative of Grigory Chizhik's employer;

4.     The Parties may conduct Fed. R. Civ. P. 30(b)(6) depositions of the following entities: (1) Tropicland Marine and Tackle, Inc. and (2) Sea Hunt, Inc.;

5.     The abovementioned depositions must be completed by February 18, 2005;

6.     No further discovery is permitted without leave of this court; and

7.     A Further Conference will be held on March 14, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                 /s/ Joseph L. Tauro
                                               United States District Judge