UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZHANNA CHIZHIK,<br>Administratrix of the Estate of<br>Grigory Chizhik,<br>    Plaintiff,<br><br>v.<br><br>SEA HUNT, INC., TROPICLAND<br>MARINE AND TACKLE, INC., and<br>GREGORY ZILBERMAN,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DOCKET NO:  04-10106-JLT

## CERTIFICATION OF DEFENDANT GREGORY ZILBERMAN, PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, Gregory Zilberman, certifies that he and his counsel have conferred:   (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation  and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Gregory Zilberman

His attorneys,

_____
Lauren Motola-Davis, BBO# 638561
Philip M. Hirshberg, BBO # 567234
MORRISON, MAHONEY & MILLER, LLP
250 Summer Street
Boston, MA  02210-1181
(617) 737-8860

Dated:  5/10/04

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2004, I served a copy of the foregoing Certification Of Defendant Gregory Zilberman, Pursuant To Local Rule 16.1(D)(3) by forwarding a copy to the following counsel by first class mail, unless otherwise indicated:

David B. Kaplan, Esq.
Kaplan Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA 02210

David C. Stadolnik, Esq.
Smith & Brink
122 Quincy Shore Drive
Quincy, MA 02171

William P. Breen, Jr., Esq.
Murphy, Hesse, Toomey & Lehane, LLP
Crown Colony Plaza
300 Crown Colony Drive, Suite 410
P.O Box 9126
Quincy, MA 02269-9126

Marci J. Shyavitz, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02210

Philip M. Hirshberg

# MORRISON, MAHONEY & MILLER, LLP

### COUNSELLORS AT LAW

Lauren Motola-Davis, Partner
Phone: 401-621-4654
Fax: 401-351-4420
lmdavis@mail.mm-m.com

Philip M. Hirshberg, Partner
Phone: 617-737-8860
Fax: 617-342-4929
phirshbe@mail.mm-m.com

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

ENGLAND
LONDON

May 10, 2004

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA  02110

**Re:    Zhanna Chizhik**
**v. Sea Hunt Boats, Inc., et al**
**Civil Action No.:  04-10106JLT**
**Our File No.: 10009186**

Dear Sir or Madam:

Enclosed for filing in connection with the above-captioned matter kindly find the *Certification of Defendant Gregory Zilberman, Pursuant to Local Rule 16.1(D)(3).*

Thank you for your cooperation in this matter.

Very truly yours,

Lauren Motola-Davis
Philip M. Hirshberg

PMH/jdn
Enclosure
cc:    William P. Breen, Jr., Esquire
      Marci J. Shyavitz, Esquire
      Timothy M. Barouch, Esquire
      David C. Stadolnik, Esquire