UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZHANNA CHIZHIK,<br>Administratrix of the Estate of<br>Grigory Chizhik,<br>    Plaintiff,<br><br>v.<br><br>SEA HUNT, INC., TROPICLAND<br>MARINE AND TACKLE, INC., and<br>GREGORY ZILBERMAN,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) DOCKET NO: 04-10106JLT<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM NAME

As of July 1, 2004, the law firm of counsel of record for the defendant, Gregory Zilberman, has changed its name to Morrison Mahoney LLP.

                                      Respectfully Submitted,
                                      The Defendant,
                                      Gregory Zilberman,
                                      By his attorneys,

                                      /s/ Philip M. Hirshberg
                                      Lauren Motola-Davis, BBO# 638561
                                      Philip M. Hirshberg, BBO # 567234
                                      MORRISON MAHONEY LLP
                                      250 Summer Street
                                      Boston, MA  02210-1181
                                      (617) 737-8860

933120v1

## CERTIFICATE OF SERVICE

I, Philip M. Hirshberg, Esquire, counsel for the defendant herein, Gregory Zilberman, hereby certify that on July 23, 2004, I caused a copy of the above *Notice of Change of Firm Name* to be served upon the following counsel in the above action, by United States Mail, postage prepaid, in accordance with the Massachusetts Rules of Civil Procedure:

Timothy Barouch, Esquire
Kaplan Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA  02210

David C. Stadolnik, Esquire
Smith & Brink
122 Quincy Shore Drive
Quincy, MA 02171

William P. Breen, Jr., Esquire
Murphy, Hesse, Toomey & Lehane, LLP
Crown Colony Plaza
300 Crown Colony Drive, Suite 410
P.O Box 9126
Quincy, MA  02269-9126

Marci J. Shyavitz, Esquire
Cornell & Gollub
75 Federal Street
Boston, MA 02210

_____
Philip M. Hirshberg

933120v1