UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ZHANNA CHIZHIK, Administratrix of the Estate of Grigory Chizhik,<br>　　　　Plaintiff,<br><br>v.<br><br>SEA HUNT, INC., TROPICLAND MARINE AND TACKLE, INC. and GREGORY ZILBERMAN,<br>　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 04-10106-JLT |

## ORDER

August 16, 2004

TAURO, J.

This court hereby orders that:

1. <u>Defendant Tropicland, Inc.'s Motion for Leave to Amend Its Answer to Assert Cross-Claims Against Co-Defendants Sea Hunt, Inc. and Gregory Zilberman and Incorporated Memorandum of Law</u> [#22] is ALLOWED without prejudice to Defendants Sea Hunt, Inc. and Gregory Zilberman opposing these claims in a motion to dismiss.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/S/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　United States District Judge