UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ZHANNA CHIZHIK, \*<br>Administratrix of the Estate \*<br>of Grigory Chizhik, \*<br>    Plaintiff \*<br>     \*<br>v. \*<br>     \*<br>SEA HUNT, INC., TROPICLAND \*<br>MARINE AND TACKLE, INC., and \*<br>GREGORY ZILBERMAN, \*<br>    Defendants \* | C.A. NO.:    04-10106JLT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the Plaintiff in the above-captioned matter.

Respectfully submitted,
by her attorney,

_____
TIMOTHY M. BAROUCH, ESQUIRE
THE KAPLAN/BOND GROUP
BOSTON FISH PIER
WEST BUILDING, SUITE 304
BOSTON, MA 02210
(617) 261-0080
B.B.O. # 644044

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 8/17