UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZHANNA CHIZHIK,<br>Administratrix of the Estate of<br>Grigory Chizhik,<br>　　　　Plaintiff,<br><br>v.<br><br>SEA HUNT, INC., TROPICLAND<br>MARINE AND TACKLE, INC., and<br>GREGORY ZILBERMAN,<br>　　　　Defendants. | DOCKET NO: 04-10106JLT |

## MOTION OF THE DEFENDANT, GREGORY ZILBERMAN, TO DISMISS COUNT III OF THE CROSS-CLAIM OF TROPICLAND, INC.

The defendant, Gregory Zilberman ("Zilberman"), pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves to dismiss Count III of the Defendant Tropicland, Inc's ("Tropicland") cross-claim against Zilberman. Zilberman so moves on the grounds that the count for common law indemnity fails to state a claim upon which relief may be granted.[1]

In further support, Zilberman submits herewith the attached memorandum of law.

## REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(D)

---

[1] Zilberman does not move to dismiss the court against it for contribution, although he denies any negligence and thus any liability on such a theory.

936849v1

Respectfully submitted,
The Defendant-in-Cross-claim,
Gregory Zilberman,
By his attorneys,

/s/ *Philip M. Hirshberg*

_____

Lauren Motola-Davis, BBO# 638561
Philip M. Hirshberg, BBO # 567234
MORRISON, MAHONEY & MILLER, LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500

Dated: October 20, 2004


## L.R.D. MASS. 7.1(A)(2) CERTIFICATION

I, Philip M. Hirshberg, Esquire, counsel for the moving defendant, hereby certify that pursuant to L. R. D. Mass. 7.1(A)(2), I have conferred in good faith with counsel for the plaintiff-in-cross-claim to resolve or narrow the issues presented by the within Motion, and have been unsuccessful.

/s/ *Philip M. Hirshberg*

_____

Philip M. Hirshberg, Esq.

2

936849v1