UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
ZHANNA CHIZHIK,                          *
Administratrix of the Estate             *
of Grigory Chizhik,                      *    C.A. NO.:    04-10106-JLT
       Plaintiff                         *
                                         *
v.                                       *
                                         *
SEA HUNT, INC., TROPICLAND               *
MARINE AND TACKLE, INC., and             *
GREGORY ZILBERMAN,                       *
       Defendants                        *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## PLAINTIFF'S MOTION FOR SANCTIONS DUE TO DEFENDANT, SEA HUNT, INC.'S FAILURE TO COMPLY WITH COURT ORDER

On October 4, 2004, plaintiff filed a Motion to Compel along with Local Rule 37.1 Certificate, Memorandum of Law, Exhibits and Certificate of Service by the plaintiff.

On October 25, 2004, plaintiff's Motion to Compel was granted.

Defendant, Sea Hunt, Inc. has failed to respond to the Court's Order dated October 25, 2004.  The plaintiff, therefore, moves under F.R.C.P. Rule 37(b)(2)(C) that the defendant be defaulted and that judgment be entered for the plaintiff as against Sea Hunt, Inc. for a sum to be determined at an assessment of damages hearing.

                                      Respectfully submitted,
                                      By her attorneys

                                      /s/  David B. Kaplan
                                      DAVID B. KAPLAN, ESQUIRE
                                      BBO #:  258540
                                      THE KAPLAN/BOND GROUP
                                      88 BLACK FALCON AVENUE, SUITE 301
                                      BOSTON, MA  02210
                                      (617) 261-0080

Dated:  November 23, 2004