UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10106JLT

ZHANNA CHIZHIK, Administratrix )
of the Estate of Grigory Chizhik, )
    Plaintiff )
   )
   )
v. )
   )
SEA HUNT, INC., )
TROPICLAND MARINE AND )
TACKLE, INC., and )
GREGORY ZILBERMAN, )
    Defendants )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Pursuant to Local Rule 83.5.2(c), kindly enter our appearance in this

matter on behalf of the Defendant, Tropicland Marine and Tackle, Inc.

James T. Scamby (BBO #629144)
Richard E. Heifetz (BBO #229000)
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696
Dated:    December 8, 2004