UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10106JLT

ZHANNA CHIZHIK, Administratrix
of the Estate of Grigory Chizhik,
      Plaintiff,

v.

SEA HUNT, INC.,
TROPICLAND MARINE AND TACKLE, INC.,
And GREGORY ZILBERMAN,
      Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the Above Named Court:

In accordance with Local Rule 83.5.2(e), please withdraw my appearance as attorney for defendant Tropicland Marine and Tackle, Inc.

David W. McGough, BBO# 553069
Cornell & Gollub
75 Federal Street
Boston, MA 02110
(617) 482-8100

CERTIFICATE OF SERVICE

I hereby certify that a true [illegible]
was served upon the attorney [illegible] other
party by mail-hand on 12/8/04