UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10106JLT

ZHANNA CHIZHIK, Administratrix
of the Estate of Grigory Chizhik,
       Plaintiff,

v.

SEA HUNT, INC.,
TROPICLAND MARINE AND TACKLE, INC.,
And GREGORY ZILBERMAN,
       Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the Above Named Court:

In accordance with Local Rule 83.5.2(c), please withdraw my appearance as attorney for defendant Tropicland Marine and Tackle, Inc.

*Marci J. Shyavitz*
Marci J. Shyavitz, BBO# 653151
Cornell & Gollub
75 Federal Street
Boston, MA 02110
(617) 482-8100

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _12/8/04_