UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10106JLT

|  |  |
|---|---|
| ZHANNA CHIZHIK, Administratrix of the Estate of Grigory Chizhik, Plaintiff <br><br> v. <br><br> SEA HUNT BOATS, INC., TROPICLAND MARINE AND TACKLE, INC., and GREGORY ZILBERMAN, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANT SEA HUNT BOATS, INC.'S ASSENTED TO MOTION
TO EXTEND DEADLINE FOR DISCOVERY AND FILING MOTIONS**

Defendant Sea Hunt Boats, Inc. hereby respectfully moves the Court to extend the deadlines for discovery and filing motions sixty (60) days. As grounds for this motion, the Defendant states that the parties require additional time to conduct depositions and to file the necessary motions. The newly proposed deadlines would be as follows:

1. All factual depositions (non-expert witnesses) shall be concluded by April 19, 2005.

2. Plaintiff shall identify her experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before May 6, 2005.

3. Defendants shall identify their experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before June 17, 2005.

4. Plaintiff's experts shall be deposed by June 14, 2005.

5. Defendant's experts shall be deposed by July 29, 2005.

6. All discovery motions under Fed. R. Civ. P. 37 shall be filed on or before August 19, 2005.

7. All dispositive motions, including motions for summary judgment pursuant to Fed. R. Civ. P. 56 shall be filed on or before September 18, 2005.

8. The final pretrial conference shall be scheduled by the Court on or some time following October 31, 2005.

9. The parties expect to be ready for trial by December 9, 2005.

In further support of this motion, the undersigned attorney states that he has discussed this motion with counsel for the Plaintiff and Co-Defendants and has determined that they assent to this motion. This is the parties first request for an extension of the above deadlines.

WHEREFORE, the Defendant moves the Court to extend the deadlines in this matter as stated above.

| | |
|---|---|
| The Plaintiff,<br>ZHANNA CHIZHIK<br>Administratrix of the Estate<br>Grigory Chizhik,<br>By her attorney, | The Defendant,<br>SEA HUNT BOATS, INC.<br>By their attorneys, |
| /s/ Jay O'Brien<br>David B. Kaplan, Esq., BBO #258540<br>Jay O'Brien, Esq., BBO #642977<br>The Kaplan/Bond Group<br>Boston Fish Pier<br>West Building, Suite 304<br>Boston, MA 02210<br>(617) 261-0080 | /s/ William P. Breen, Jr.<br>William P. Breen, Jr., Esq. BBO #558768<br>Rebecca L. Andrews, Esq., BBO #644846<br>Murphy, Hesse, Toomey & Lehane, LLP<br>300 Crown Colony Drive, Suite 410<br>P.O. Box 9126<br>Quincy, MA 02269-9126<br>(617) 479-5000 |
| The Defendant<br>Gregory Silberman,<br>By his attorneys, | Tropicland Marine and Tackle, Inc.<br>By its attorney, |
| /s/ David C. Stadolnik<br>David C. Stadolnik, Esq., BBO #551052<br>Smith & Brink, P.C.<br>122 Quincy Shore Drive<br>Second Floor<br>Quincy, MA 02171<br>(617) 770-2214 | /s/ James T. Scamby<br>James T. Scamby, Esq., BBO # 629144<br>Tucker, Heifitz & Saltzman<br>Three School Street<br>Boston, MA, 02108<br>(617) 557-9696 |
| /s/ Philip M. Hirshberg<br>Philip M. Hirshberg, Esq., BBO #567234<br>Morrison, Mahoney & Miller, LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 737-8860 | |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

The undersigned attorney certifies that prior to filing the above motion, he conferred in good faith with all counsel to narrow the issues raised by this motion. The undersigned attorney has determined that all counsel assents to the present motion.

/s/ William P. Breen, Jr.
William P. Breen, Jr.