UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ZHANNA CHIZHIK, \* | |
| Administratrix of the Estate \* | |
| of Grigory Chizhik, \* | C.A. NO.: 04-10106 JLT |
|     Plaintiff \* | |
| \* | |
| v. \* | |
| \* | |
| SEA HUNT, INC., TROPICLAND \* | |
| MARINE AND TACKLE, INC., and \* | |
| GREGORY ZILBERMAN, \* | |
|     Defendants \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

This is to notify the Court and all parties to the above action that The Kaplan/Bond Group has relocated its office to:

        **The Kaplan/Bond Group**
        **88 Black Falcon Avenue, Suite 301**
        **Boston, MA 02210**

The Firm's telephone and facsimile numbers will remain the same.

        Respectfully submitted,
        By her attorneys,

        /s/ David B. Kaplan
        _____
        DAVID B. KAPLAN, ESQUIRE
        BBO NO.: 258540
        THE KAPLAN/BOND GROUP
        88 Black Falcon Avenue, Suite 301
        Boston, MA  02210
        (617) 261-0080
        (617) 261-1558 Fax

Dated: March 7, 2005