UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZHANNA CHIZHIK,<br>Administratrix of the Estate of<br>Grigory Chizhik,<br>    Plaintiff,<br><br>v.<br><br>SEA HUNT, INC., TROPICLAND<br>MARINE AND TACKLE, INC., and<br>GREGORY ZILBERMAN,<br>    Defendants. | DOCKET NO: 04-10106JLT |

**STIPULATION OF DISMISSAL, WITH PREJUDICE AS TO ALL CLAIMS AGAINST GREGORY ZILBERMAN, ONLY**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

In accordance with the provisions of Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned matter hereby stipulate to dismiss, with prejudice, without costs or attorney's fees, and waiving all rights of appeal, any and all claims and cross-claims against defendant Gregory Zilberman, **only**, in the above action.

| | |
|---|---|
| The Plaintiff,<br>ZHANNA CHIZHIK,<br>Administratrix of the Estate of<br>Grigory Chizhik<br>By her attorneys, | The defendant,<br>GREGORY ZILBERMAN,<br>By his attorneys, |
| /s/ David Kaplan (with permission) | /s/ Philip M. Hirshberg |
| David Kaplan, BBO# 258540<br>KAPLAN BOND GROUP<br>88 Black Falcon Avenue, Suite 301<br>Boston, MA 02210<br>(617) 261-0080 | Lauren Motola-Davis, BBO# 638561<br>Philip M. Hirshberg, BBO # 567234<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

| | |
|---|---|
| The defendant,<br>SEA HUNT, INC.<br>By its attorneys, | The defendant,<br>TROPICLAND MARINE AND<br>TACKLE, INC.<br>By its Attorneys, |
| */s/ William P. Breen, Jr. (with permission)* | */s/ James T. Scamby (with permission)* |
| William P. Breen, Jr., BBO #558768<br>MURPHY, HESSE, TOOMEY &<br>  LEHANE, LLP<br>Crown Colony Plaza<br>300 Crown Colony Drive, Suite 410<br>P.O. Box 9126<br>Quincy, MA  02269-9126<br>(617) 479-5000 | James T. Scamby, BBO #629144<br>TUCKER HEIFETZ & SALTZMAN<br>Three School Street<br>Boston, MA  02108<br>(617) 557-9696 |

The defendant,
GREGORY ZILBERMAN,
By his attorneys,

*/s/ David C. Stadolnik (with permission)*

David C. Stadolnik, Esquire
SMITH & BRINK
122 Quincy Shore Drive
Quincy, MA 02171
(617) 770-2214