UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZHANNA CHIZHIK,<br>Administratrix of the Estate of<br>Grigory Chizhik,<br>    Plaintiff<br><br>v.<br><br>SEA HUNT BOATS, INC., TROPICLAND<br>MARINE AND TACKLE, INC., and<br>GREGORY ZILBERMAN,<br>    Defendants | DOCKET NO. 04-10106JLT |

TO THE CLERK OF THE ABOVE-NAMED COURT:

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please not my withdrawal of appearance as attorney for Defendant, Gregory Zilberman in the above-referenced matter.

                                      Respectfully Submitted,
                                      **Defendant, Gregory Zilberman**
                                      By his attorney,

                                      David C. Stadolnik (BBO #551052)
                                      Smith & Brink, P.C.
                                      122 Quincy Shore Drive
                                      Quincy, MA 02171
Dated: May 17, 2005                  (617) 770-2214

## CERTIFICATON OF SERVICE

The undersigned attorney hereby certifies that on this 17th day of May, 2005, II, David C. Stadolnik, served a copy of the foregoing document, via first class mail, upon the following:

David B. Kaplan, Esq.
Jay O'Brien, Esq.
The Kaplan/Bond Group
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

Rebecca L. Andrews
Murphy, Hesse, Toomey, & Lehane
World Trade Center East
Two Seaport Lane
Boston, MA 02210

Phillip M. Hirshberg, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

James T. Scamby
Tucker, Heifitz & Saltzman
Three School Street
Boston, MA 02108

David C. Stadolnik