UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
ZHANNA CHIZHIK,                  *
Administratrix of the Estate     *
of Grigory Chizhik,              *    C.A. NO.:    04-10106-JLT
       Plaintiff                 *
                                 *
v.                               *
                                 *
SEA HUNT, INC., TROPICLAND       *
MARINE AND TACKLE, INC., and     *
GREGORY ZILBERMAN,               *
       Defendants                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

**PLAINTIFF'S EXPERT WITNESS DISCLOSURES**

The plaintiff submits this expert witness disclosure pursuant to Fed.R.Civ.P 26(a)(2).

1. Liability Expert:

   Dr. Kenneth W. Fisher
   Fisher Maritime Consulting Group
   147 Columbia Turnpike, #203
   Florham, NJ  07932

With respect to Dr. Fisher's proposed expert testimony, please find as follows: (1) Dr. Fisher's signed report, dated June 2, 2005; (2) Dr. Fisher's Curriculum Vitae, which includes his qualifications, a list of his deposition and trial expert testimony and his compensation schedule, attached as *PDF File 1*; and (3) Exhibits 1-14 to Dr. Fisher's signed report, dated June 2, 2005, attached as *PDF File 2*.

2.   <u>Damages Expert</u>:

   Dana C. Hewins, Ph.D.
   *Economic Consultant*
   1 Tammett Brook Road
   Lakeville, MA  02347

With respect to Dr. Hewins' proposed expert testimony, please find as follows: (1) Dr. Hewins' signed report, dated June 1, 2005; (2) Dr. Hewins' compensation schedule; (3) his Curriculum Vitae, which includes a list of his deposition and trial expert testimony and his qualifications, attached as *PDF File 3*.

 

Respectfully submitted,
By the Plaintiff,
Zhanna Chizhik, Administratrix
of the Estate of Grigory Chizhik
By her attorneys,

 */s/  David B. Kaplan*
David B. Kaplan, Esq., BBO#258540
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA  02210
(617) 261-0080

Dated:  June 3, 2005