**Fisher Maritime** Florham Park, NJ

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **EXHIBIT No. 1**

4/25/05 Stoughton MA

(1)

HIN SKSN0196H304
Sea Hunt Navigator 22

Transom
a 26"
b 44"
c 31"
d 4"
e 4"
f 20"
g 41"
h 23"
j 18"
K 9"
2"

**Management Consultants to the Marine Industries**
**Analytical Marine Technologists, Naval Architects & Marine Engineers**

**Fisher Maritime** Florham Park, NJ

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **EXHIBIT No. 2**

4/25/05
2 Profile from Port looking to Stbd
m
Johnson 140
4 stroke EFI
Bombardier
l 5"
m 3½"
l



**Fisher Maritime** Florham Park, NJ

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **EXHIBIT No. 3**



**Fisher Maritime** Florham Park, NJ

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **EXHIBIT No. 4**

4/25/05
Exh (4)

Max Cap'y
7 Persons or 1050lbs
2000lbs persons motor gear
Sea Hunt
Boat Mfg Co, Inc
Lexington SC 29072
225 HP Motor Maximum

Deck Drain
1½" I.D.
6" from Side (inside)

windshield
12"
10"
16"
13"
32"
24"
AFT

FWD

Center console
looking to stbd
from port

**Fisher Maritime** **Florham Park, NJ**

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **EXHIBIT No. 5**

℄
15"
AA
17½"
27"
Console
48"
16½"
CC
36½"
55"
BB
9"
16"
Cockpit Sole
"Sea Hunt"
22' Navigator
Total length of Cockpit
27 + 48 + 55 + 9 = 139"
Gross Area of one side
139" × 36½" = 5073 □"
Less Sub-Areas
AA 15 × 19 = 285 □"
BB 16 × 9 = 144 □"
CC 48 × 16½ = 792 □"
1221 □"
Net Area - Both Sides
2 × (5073 - 1221) =
2 × (3852) = 7704 □"
= 53.5 □'
← Note: Height from Sole to lip of engine well is 11". Elsewhere gunnel is 20" above sole.
5/3/05

**Fisher Maritime** — **Florham Park, NJ**

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als — **EXHIBIT No. 6**

Cockpit Drainage per ABYC H-4, 4.5.9

Area for Drainage = A in sq. in

minimum = $0.385\, V_c / \sqrt{h}$

$V_c$ = Volume of cockpit in cu. ft.
h = cockpit depth (ft). 11" at engine cutout

$V_c = (53.5) \times (11/12) = 49$ cu. ft.

$\sqrt{h} = \sqrt{11/12} = 0.957$

$A = (0.385)(49)/0.957 = 28.7$ □"

Diameter of each Drain line

Dn = min. diameter inches
Vc = Volume of cockpit in cu. ft. = 49 cu. ft.
h = cockpit depth = (11/12)'
n = number of drains = 2

$$Dn = 0.7 \sqrt{\frac{V_c}{n\sqrt{h}}} = 0.7 \sqrt{\frac{(49)}{(2)(\sqrt{11/12})}}$$

$$= 0.7 \sqrt{\frac{49}{2 \times 0.957}}$$

$$= 0.7 \sqrt{25.6} = 0.7 \times 5.06$$

$$= 3.54"$$

Actual Drainage is 2 hoses of $1\frac{1}{2}$" i.d. each

$\text{Area} = 2 \times \pi r^2 = 2 \times \pi \times (0.75)(0.75) = 3.53$ □"

5/3/05

**Fisher Maritime** **Florham Park, NJ**

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **EXHIBIT No. 7**

Height of Deck Drains Above Waterline
Gunnel
transom
sole
centerline of drain
waterline
Keel
Measured: centerline of deck drain is 1" above sole.
Height Keel to Gunnel = 35"
Mfr's Data: Inside depth (sole to gunnel) = 20" (m, d)
Draft (Keel to w.l.) = 12" (d)
Boat Length = 21'-6" = Lh (m, d)
(m = measured, d = mfr's data, c = calculated)
Gunnel
9" (m)
transom cut-out
20" (m, d)
drain C.L.
4" above w.l.
1" (m)
sole
35" (m)
(26" +9")
sheet 1 of 4/25/05
3" c (35-12-20)
waterline
12" (d)
Keel
Per ABYC H-4, 4.5, sole shall be minimum of this distance above waterline in inches
hc = 0.22 Lh = (0.22)(21.5) = 4.73"
(but it is only 3")
5/3/04

**Fisher Maritime** Florham Park, NJ

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **EXHIBIT No. 8**

Navigator 22 - Volume of Hull Below Cockpit

- Use triangular areas as approximation at each station.
- Use Simpson's Multipliers to find volume
- Use dimensions of drawings in "mm".
- Then scale up to full size
- See attached drawings for illustration of triangular areas
- Simpson's Rule : (1-4-2-4... 2-4-1) times areas × S/3 where S = spacing between stations.
- Multiply by 2 for both sides
- Allow permeability of 0.3

| Station | h = height (mm) Keel to sole | w = equiv. width (mm) per dwgs | Area at station (= ½ h·w) | Simp'n Multi-plier | Area × SM |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 1 | 0 |
| 2 | 15 | 14 | 105 | 4 | 420 |
| 3 | 30 | 33 | 495 | 2 | 990 |
| 4 | 36 | 54 | 972 | 4 | 3888 |
| 5 | 36 | 71 | 1278 | 2 | 2556 |
| 6 | 36 | 87 | 1566 | 4 | 6264 |
| 7 | 36 | 95 | 1710 | 2 | 3420 |
| 8 | 35 | 106 | 1855 | 4 | 7420 |
| 9 | 34 | 106 | 1802 | 2 | 3604 |
| 10 | 34 | 109 | 1853 | 4 | 7412 |
| 11 | 33 | 109 | 1799 | 2 | 3597 |
| 12 | 33 | 109 | 1799 | 4 | 7194 |
| 13 | 32 | 109 | 1744 | 2 | 3488 |
| 14 | 31 | 109 | 1690 | 4 | 6758 |
| 15 | 31 | 109 | 1690 | 1 | 1690 |
| | | | | | $\Sigma$ = 58,701 |

Station Spacing on dwg = 34 mm = S

$\text{Volume} = (\Sigma)\left(\frac{S}{3}\right) \times 2 = (58{,}701)\left(\frac{34}{3}\right)(2) = 1{,}330{,}556 \text{ (cu. mm)}$

Scale of dwgs: 8 ft = 198 mm. $\text{Cu. Ft.} = \text{Vol (cu mm)} \times \left(\frac{8}{198}\right)^3$

≈ 88 cu. ft Gross

KWD 5/31/05

Net Volume = Gross Volume × Permeability ≈ 88 × 0.3 ≈ 26 cu. ft.

**Fisher Maritime** Florham Park, NJ

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **EXHIBIT No. 9**



**Fisher Maritime** **Florham Park, NJ**

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **EXHIBIT No. 10**

S.K.G.
5/17/05
4
h=54mm
b=36mm
STA 4
5
b=71mm
h=36mm
STA 5

**Fisher Maritime** Florham Park, NJ

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **EXHIBIT No. 11**

S.K.G
5/17/05
h=36mm
STA 6
h=36mm
STA 7

**Fisher Maritime** Florham Park, NJ

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **EXHIBIT No. 12**



**Fisher Maritime** Florham Park, NJ

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **EXHIBIT No. 13**

s.k.g.
5/17/05
10
b=109 mm
h=34mm
STA 10
11-14
b=109mm
h=33,33,32,31,31 mm
STA 11-15



**Fisher Maritime** **Florham Park, NJ**

Re: Zhanna Chizhik vs. Sea Hunt, Inc., et als **APPENDIX page no. 14**

# The Fish Are Few and the Fishermen Fewer, but the Dory Will Not Die

**By JAMES GORMAN**

LUNENBERG, Nova Scotia — As long as I was in Nova Scotia, I went looking for dories, old-fashioned boats built on this island for cod fishing on the Grand Banks.

I hadn't come to Nova Scotia for dories. I was on the island to attend a meeting about tsunamis, and the drive from Halifax to Lunenberg was a side trip to indulge an interest in old wooden work boats.

The dory connection goes back a few years, when I started thinking about buying or building one of these sturdy high-sided fishing and work boats with a long history in the Northeast. A 15-foot dory can hold two men and 2,000 pounds of cod, and handle rougher seas than I would ever want to row in.

Dories were used up and down the Northeast coast for all sorts of fishing and work. The romance of a sturdy fisherman in rough seas is captured in Winslow Homer paintings, including "The Fog Warning." Those are halibut, not cod, in the boat, but the boat is a classic dory.

My fascination came from nostalgia and a distaste for modern technology on a grand and small scale, from factory-size trawlers that catch and freeze cod by the hundreds of tons, to jet skis and noisy outboard motors. Even worse are the electronic shadow versions of reality that distract from direct contact with the world.

Not that I or anyone else would use such a boat for its intended purpose. Any work boat is motorized today, and there aren't enough cod for fishing the Grand Banks. There are rowing and sailing dories around, used for fun, and often built in garages by amateurs.

Burstein Collection/Corbis

In "The Fog Warning" by Winslow Homer, a lone fisherman rows his dory.

In short, they are the technological equivalent of an endangered species that lives only in zoos, having lost its habitat. One old boat zoo is the Fisheries Museum of the Atlantic here. It has several sailing ships at the dock, and on the second floor, near a memorial room for fishermen lost at sea, a 15-foot dory is set up with all its old tackle, including tubs of fishing line with multiple hooks, all pulled in by hand.

I would have spent some time poring over the boat even if there was nobody to talk about how it was used. But sitting next to it was Capt. Matthew Mitchell, whom the museum calls its "shore captain."

He started fishing for a living at age 14. In the 1930's, he said, cod fishermen were still

*THE NEW YORK TIMES, TUESDAY, MAY 31, 2005*