**Robert MacNeill**
4905 34th Street South #3500
St. Petersburg, FL 33711

# RESUME

## Experience

| | |
|---|---|
| Current | **United States Coast Guard Licensed Captain**<br>100 Ton Masters, (50 Ton Limit), Power, Sail & Commercial Towing |
| Current | **International Marine Consulting Associates**, St. Petersburg, Florida<br>Vice President of an association of independent engineers, naval architects and consultants offering technical and legal support to the marine industry |
| 1988-Present | **Westlawn Institute of Marine Technology**, Stamford, Connecticut<br>Chairman of the Board, 1993 to present<br>President, 1988-1993 |
| 1994 | **OMC Chris Craft,** Sarasota, Florida<br>Vice President & General Manager |
| 1993 | **OMC Recreational Boat Group**, Sarasota, Florida<br>Vice President, Engineering for Chris Craft, Four Winns, Sunbird & Seaswirl |
| 1990 | **Viking Yacht Corporation**, St. Petersburg, Florida<br>Executive Vice President & CEO, Southern Operations |
| 1990 | **Four Winns Division of OMC**, Cadillac, Michigan<br>Vice President, Engineering & General Manager of Tampa Division |
| 1977-1989 | **Carver Boat Corporation**, Pulaski, Wisconsin<br>President, CEO & Chairman, 1986-1989<br>Executive Vice President, 1982- 1986<br>Vice President, Engineering, 1977-1982 |
| 1974- 1977 | **Wyle Laboratories**, Huntsville, Alabama<br>Senior Engineer |
| 1968-1974 | **Chris Craft Corporation**, Pompano Beach, Florida<br>Yacht Designer, Human Engineer |

RESUME
Robert MacNeill
Page 2

**Experience, continued**

| | |
|---|---|
| 1967-1968 | **Bell Aerosystems**, Buffalo, New York<br>Human Factors Engineer |
| 1966-1967 | **Martin Company**, Baltimore, Maryland<br>Human Factors Engineer |
| 1962-1966 | **U. S. Army Human Engineering Laboratories**, Aberdeen Proving Ground, Maryland<br>Human Factors Engineer |

**Education**

| | |
|---|---|
| 1976 | **University of Alabama**, courses toward Masters of Administrative Science |
| 1969 | **Westlawn Institute of Marine Technology**, Yacht Design Diploma |
| 1962 | **Philadelphia College of Art**, BS Industrial Design |

**Associations**

| | |
|---|---|
| 1970-present | **American Boat and Yacht Council (ABYC)**, Member of Board of Directors, Member of Technical Board, Member of several technical committees, Chairman of several technical subcommittees |
| 1978-2000 | **Society of Naval Architects & Marine Engineers (SNAME)**, Member |
| 1983-1990 | **National Association of Boat Manufacturers (NABM)**, Member, Member of Board of Directors, Representative to the NMMA Board of Directors |
| 1985-1990 | **National Marine Manufacturers Association (NMMA)**, Member, Member of Board of Directors |
| 1988-1991 | **National Boating Safety Advisory Council (NBSAC)**, Member, Chairman of Navigation Lights Subcommittee |

PUBLICATIONS OF

ROBERT F. MACNEILL

Westlawn School of Yacht Design, Course Book No. Twenty Three, Production Methods, July 1984.

Recreational Boat Safety Collision Research – Phase II, Vol. I, Cause Identification. Final Report for the U.S. Coast Guard by Wyle Laboratories, 1976.

Recreational Boat Safety Collision Research – Phase I, Vol. II, Collision Accident Investigations for 1974 Season. Final Report for the U.S. Coast Guard by Wyle Laboratories, 1975.

Recreational Boat Safety Collision Research – Phase I, Vol. I, Problem Definition. Final Report for the U.S. Coast Guard by Wyle Laboratories 1975.

Safe Loading Operator Study Subtask III Boston Whaler. Final Report for the U.S. Coast Guard by Wyle Laboratories, November, 1975, (Co-authored).

Capacity Plate Effectiveness: Pleasure Boats. Final Report for the U.S. Coast Guard by Wyle Laboratories, April 1975.

"Effects of Selected Recreational Boat Characteristics on Safe Boat Operation," (Co-authored). Paper was presented at the 19th Annual Meeting of the Human Factors Society, October 1975 and published in the Proceedings.

"The Visual Alertness Stressor Test (VAST) as a Measure of Stressor Effects in Boating," (Co-Authored). Paper was presented at the 19th Annual Meeting of the Human Factors Society, October 1975 and published in the Proceedings.

Contributing Author – Journal of the Industrial Designers Society of America, June 1970.

Owners' Manual, Chris Craft Motor Yachts, Chris Craft Corporation, Pompano Beach, Florida.

"F-106B Variable Stability Trainer Cockpit Control Display Design,"
ER 14273, Martin Company, Baltimore, Maryland, June 1966.

"Recent Development in Lifting Bodies as Recorded in Popular Journals," Martin Company, Baltimore, Maryland, May 1966.

Colors and Legibility: Caution and Warning Data Plates, Human Engineering Laboratories, Aberdeen Proving Ground, Maryland, Technical Note 3-65, November 1965.

Robert MacNeill

**RULE 26 DISCLOSURE**
**Cases in which I have testified by deposition and/or trial.**

**1995** **Stuffle v. Sea Ray**
Knoxville, TN
Case No. _____
Arnett, Draper & Hagood, Knoxville, TN
Thomas S. Scott, Jr., Esquire

**1996** **Lawson v. Wellcraft**
Cleveland, OH
Case No. _____
Reminger & Reminger, Cleveland, Oh
Matthew O'Connell, Esquire

**1997** **Wescott v. Smokercraft**
Pittsburgh, PA
Case No. _____
Shuttleworth, Smith, McNabb & Williams, Memphis, TN
Kenneth R. Shuttleworth, Esquire

**1998** **Duplechien et al v. Farac et al**
New Orleans, LA
Case No. 97-2926"F" (2)
Murphy, Rogers & Sloss, New Orleans, LA
Mr. Peter B. Sloss, Esquire

**Loyd v. Fineline**
Coldwater, MI
Case No. 96-03-126 NP
Cooper, Martin, Chojnowski & Beck, Kalamazoo, MI
Gary R. Peterson, Esquire

**Lykins v. Mirage Boat, Inc. et al**
Lexington, KY
Case No. 97-198
M. Austin Mehr Law Offices, P.S.C
M. Austin Mehr, Esquire

**2000** **Smith v. Yanmar Diesel America Corp, et al.**
12th Circuit, Manatee Co., FL
Case No. CA98-3814
Bussey, White, McDonough & Freeman
Sean McDonough

## RULE 26 DISCLOSURE, CONTINUED

**2001** **Raul Marmol v. Adela Corporation**
Los Angeles, CA.
Case No. _____
Coudert Brothers
Earl Imhoff

**Acheson Charters v. S2 Yachts**
17th Circuit, Broward Co., FL
Case No. CACE 96-08490
Varnum, Riddering, Schmidt & Howlett
Jeffery D. Smith, Esquire

**2002** **Georgetta Bergman v. Mainship Corporation**
20th Circuit, Lee Co., FL
Case No. 99-8571-CALGJ
Snell & Wilmer
Alex Marconi, Esquire

**2004** **Vanderpool v. Tracker Marine Corporation, et.al.**
Eastern District, Chattanooga, Tennessee
Case No. 1:01-CV-147
Campbell & Campbell
Michael R. Campbell, Esquire

**2004** **Lewis/Webb v Sea Ray**
District Court, Clark County, Nevada
Case No. A345303
Snell & Wilmer, L.L.P.
Alex Marconi, Esquire