1

JUN 15   19

1    Volume:  I
Pages:  1 - 17
2    Exhibits:

3

4    UNITED STATES DISTRICT
DISTRICT OF MASSACHUSETTS
5
CIVIL ACTION NO. 04-10106  ,T
6

7
ZHANNA CHIZHIK,                          )
8         Plaintiff,                      )
)
9    v.                                   )
)
10   SEA HUNT BOATS, INC., TROPICLAND      )
MARINE AND TACKLE, INC.,             )
11        Defendant.

12

13   DEPOSITION of **GREGORY ZILBERMAN**, a witness calle   on

14   behalf of the Defendant Sea Hunt Boats, Inc., ta   en

15   pursuant to the applicable provisions of the

16   Massachusetts Rules of Civil procedure, before ɔ  in

17   F. Kielty, a Notary Public in and for the

18   Commonwealth of Massachusetts, at the Law Office   of

19   Murphy, Hesse, Toomey & Lehane, 300 Crown Colony

20   Drive, Quincy, Massachusetts, on Monday, May 15,

21   2005, commencing at 9:52 a.m.

22
**JOHN F. KIELTY**
23              **2 Garrett Place**
**Plymouth, Massachusetts 02360**
24                **(508) 759-6767**

1    APPEARANCES

2
      DAVID B. KAPLAN, ESQUIRE
3     The Kaplan/Bond Group
      88 Black Falcon Avenue
4     Suite 301
      Boston, Massachusetts 02210
5          Attorney for the Plaintiff

6     WILLIAM P. BREEN, JR., ESQUIRE
      Murphy, Hesse, Toomey & Lehane, LLP
7     300 Crown Colony Drive
      Suite 410
8     Post Office Box 9126
      Quincy, Massachusetts 02269
9          Attorney for the Defendant Sea Hunt Boats,  ic.

10    JAMES T. SCAMBY, ESQUIRE
      Tucker, Heifetz & Saltzman, LLP
11    Three School Street
      Boston, Massachusetts 02108
12         Attorney for the Defendant Tropicland Marir
      and Tackle, Inc.
13
      PHILIP M. HIRSHBERG, ESQUIRE
14    Morrison Mahoney, LLP
      250 Summer Street
15    Boston, Massachusetts 02210
           Attorney for Gregory Zilberman
16

17

18

19

20

21

22

23

24

1   A.      I don't remember, but at this particula:

2   occasion, we were just the day before.

3   Q.      You had fished with Mr. Chizhik the day

4   before this accident as well?

5   A.      Yes.

6           THE WITNESS:  Excuse me.

7           (Discussion off the record.)

8           THE WITNESS:  I'm sorry.

9   BY MR. BREEN:

10  Q.      Do you know the day of the accident, Mr.  ⌐

11  Zilberman, what day it happened on?

12  A.      Yes, it was May 25th.

13  Q.      So on May 24th, you had also fished witl  lr.

14  Chizhik?

15  A.      That's correct.

16  Q.      And had you fished with Mr. Chizhik on M  '

17  24th also in the 22-foot Sea Hunt boat?

18  A.      Yes.

19  Q.      Had you fished with Mr. Chizhik in the

20  22-foot Sea Hunt boat on any occasion before May

21  24th of 2003?

22  A.      No.  It was a brand-new boat.  I just ha  it

23  for probably less than a month.  The boat, I had

24  only 12 hours on the motor the day of the accide  .

1    it, look it over?

2    A.     Not that particular.  I've seen the boa   I

3    mean, but not necessary that particular boat.

4    mean, I saw it when they brought it into dealer  you

5    know, when they start setting up, because when   e

6    boat arrived, the engine is not on it.

7    Q.     I see.

8    A.     So the dealer install the engine, and t   y

9    also install for me a radio and electronics.

10   Q.     What type of engine did you have instal   d

11   on it?

12   A.     I bought it with 140-horse Johnson

13   four-stroke motor, which is actually made by

14   Suzuki.

15   Q.     Now, when you said that it was equipped

16   with the engine, the radio, and the electronics  y

17   the dealer, what electronics are you referring

18   there?

19   A.     I have a GPS Chartplotter, Lowrance, an   I

20   also have a Lowrance Fishfinder, two separate u  ts.

21   And it's equipped with a radio.

22   Q.     At the time that you took delivery of t

23   Navigator 22, did you notice anything wrong witl  the

24   way that the boat was made?

1    A.    I cannot do that judgment.

2    Q.    Okay.

3    A.    I'm not qualified in any way.  I mean,

4    nothing that I see would -- if I would seen

5    something that doesn't look right, I, obviously

6    would pick it up.

7    Q.    That is actually all I am asking for, M

8    Zilberman.  I am only asking whether from what   u

9    saw if you noticed anything that looked to be w   ng

10    with it, just from what you saw?

11    A.    No.

12    Q.    And you took delivery of it, and at som

13    point soon after that, you took it out in the w  er

14    to break it in to try to get --

15    A.    That's correct.

16    Q.    -- used to it?  How long after you took

17    delivery did you first take it out?

18    A.    I don't remember, probably soon.

19    Q.    Within a week or two or three maybe?

20    A.    I don't think I waited three weeks.  I

21    think I owned that thing for a week, maybe three

22    weeks altogether.  As I said, it was only 12 hou  ;

23    on the, you know, engine running.

24    Q.    When you took the Navigator 22 out for t  :

1    A.    That's correct.

2    Q.    So you didn't have any problems with th

3    Navigator 22 boat the first time you went out,

4    right?

5    A.    No.

6    Q.    Now, there was a second day, Mr. Zilber n,

7    that you took the boat out to try it out or bre

8    it in in the matter that you have talked about,

9    right?

10   A.    Yes.

11   Q.    How long after the first time did you t e

12   it out a second time?  Was it the next day?

13   A.    I don't remember exactly.  As I said, p tty

14   much almost -- I maybe been on it once before, r be

15   second day we went and took some fishing rods w 1

16   Grigory.

17   Q.    Okay.

18   A.    Because as I said, it was only 12 hours  1

19   total, and I believe the break-in period's like   en

20   hours.

21   Q.    I see.  So you don't know whether you t  <

22   it out twice before you first went with Grigory,

23   or --

24   A.    Oh, I'd -- maybe once, maybe twice, not  re

1    A.    Maybe probably when we went fishing was

2    first time that I was -- would have been either

3    right around ten or maybe at ten hours.

4    Q.    I see.

5    A.    So we're pretty much -- probably I took t

6    couple times by myself.

7    Q.    Okay.

8    A.    But not more than that.

9    Q.    If you took it out more than once befor you

10   went with Mr. Chizhik, do you have any memory o

11   anything that happened on any of those occasion

12   with regard to the boat?

13   A.    Nothing out of the ordinary.

14   Q.    Okay.

15   A.    You know, just pretty regular rides.

16   Q.    Nothing that caused you to be concerned

17   about the boat, correct?

18   A.    No, it was also very quiet weather.  I  an,

19   I wouldn't take the boat out in the rough water  en

20   you cannot, you know, rev.  I mean, when you ju  go

21   breaking in, you try to be -- you know, you don  do

22   much with an engine.  You want it just to work

23   certain type of operation, and that first time   3

24   quiet weather.  So pretty much you go at idle,

1     Q.    So when you arrived at Weymouth, it was

2     around 10:00 or 11:00 in the morning?

3     A.    Something like this.

4     Q.    I see.

5     A.    Maybe 10:00, 10:30.

6     Q.    Did you drive to Weymouth with Mr. Chiz  k,

7     or did he arrange for his own transportation?

8     A.    No, they both -- Chizhik and Lashgari,  ey

9     came to my house, and we went in my truck, hook

10    the boat. And we went in my truck. They left   ir

11    cars at my house.

12          THE WITNESS: Could we excuse me for on

13    minute?

14          MR. BREEN: Oh, absolutely.  Sure.

15          (Brief recess.)

16    MR. BREEN:

17    Q.    When you arrived at the Weymouth Landin

18    where you were going to launch your boat, --

19    A.    Uh-huh. (Indicates affirmatively).

20    Q.    -- were there other people putting thei

21    boats in the water at that time?

22    A.    I don't recall, but there were probably

23    few trailers. There wasn't as many people on th

24    water as normally would be because it was kind c

53

1    A.    No.

2    Q.    Do you know if any of your passengers d

3    that day?

4    A.    As far as I know, no.

5    Q.    On the way from Weymouth up through Qui  y

6    Bay, did you have any difficulty with your boat

7    A.    No.

8    Q.    Did the boat handle the way that you

9    expected it would handle under those types of

10   conditions?

11   A.    I'd say pretty much so.

12   Q.    Was your trip to Quincy Bay and under t

13   Long Island Bridge uneventful?

14   A.    Yes, I could say so.

15   Q.    The first place that you fished was, I

16   believe you said, by Deer Island; is that right

17   A.    No, we were probably closer, like in th

18   harbor right in a channel near, say, between the

19   airport, and I don't know if it's the first spot  or

20   we stopped on the way.  I can't remember, but I  now

21   we stopped in the airport, between Castle Islan  and

22   the airport, in that area.  We will look for fi:

23   inside the harbor.

24   Q.    I see.  Up to the point in time where y

54

1    first stopped to fish, did you notice any probl s

2    with the boat that you were using?

3    A.    No.

4    Q.    And then you indicated that you had gon

5    around Deer Island, Green Island, and the harbo

6    islands to Brewster Island, correct?

7    A.    Yes.

8    Q.    Up to the point in time that you arrive   at

9    Brewster, had you noticed any problems at all w   h

10   the boat that you were using?

11   A.    No.

12   Q.    And what happened when you reached the   ea

13   around Brewster Island?

14   A.    Well, we settled to take a drift, and,   u

15   know, cast over toward the rocks.  That was a p  tty

16   good-sized surf over there.

17   Q.    Okay.

18   A.    So, as usual, I kind of assess the way   e

19   current goes, where the wind can -- you know, h

20   the boat would drift.

21   Q.    Around what time of day, sir, did you a   ive

22   around Brewster Islands where you observed this   urf

23   that you talked about?

24   A.    Sometime just before 2:00 in an afterno  , I

61

1    Q.    Mr. Zilberman, at the time of the -- st  ke
2    that.
3          When you arrived in the area of Middle
4    Brewster Island, it was around two o'clock in t
5    afternoon?
6    A.    It's Great Brewster, not Middle Brewste
7    Q.    I see.
8    A.    Outer Brewster.
9    Q.    When you arrived in the area of Outer
10   Brewster Island, it was around two o'clock in t]
11   afternoon?
12   A.    Probably something like that or just
13   before.
14   Q.    Had the sea conditions changed at all f:  n
15   the time that you left Weymouth until the time t  it
16   you arrived outside of Outer Brewster Island?
17   A.    Well, going to the Brewster, it was -- :
18   was rougher than we were going before, but we we  >
19   also getting, you know, out of the harbor.  And
20   usually, at the entrance the water is always rou  1,
21   or you could have, you know, no waves or, like,  >
22   to one foot inside, and it will be couple feet
23   waves, you know, outside or even, you know,
24   occasional large at the entrance.

1    A.    We wasn't there for long.  Thing is tha

2    both Grigory and Lashgari, they not experienced

3    fishermen, and when you fish the rocks, when yo

4    fish the surf, there is a trick.  You have to c   t

5    rather precisely, and none of them are good cas   rs.

6    They are not wise fishermen.

7          So they wasn't catching kind of.  You k   w,

8    we kind of try, and it's also very early in the

9    season.  And the fish is not settle up yet.  So   t

10   was more kind of try.

11         So I caught one or two fish, and we wer

12   pretty much planning to go back in the harbor,      1

13   know, to the spot where water was a little quie   and

14   make it a easier to cast and where Grigory had    ne

15   success, you know, day before.

16   Q.    Over what period of time did you catch     э

17   or two fish in the area of Outer Brewster Islanc

18   A.    Ten minutes, 15 minutes at the most.  W

19   wasn't there for long.  I mean, we came and kinc  >f,

20   you know, assess the situation.  We did maybe tv

21   three drifts.  That's about it.

22   Q.    What kind of bait were you using or lure

23   A.    I -- we -- I using lures.  It's mostly

24   actually like silk type or big "G" type.

1     guys were kind of lookout.

2     Q.     Were you faced --

3     A.     And I haven't seen the wave that hit us   and

4     the waves were coming from behind.  I mean, eve   so

5     often, I mean, every -- as a minute or so, I wo·  d

6     turn around and scan the sea to see what's goin·  ⊃n,

7     but you also have to have your attention on the   ine

8     and, obviously, on the island to make sure that   ⊃at

9     is not drifting onto the rocks.  So I was facin·  the

10    island, the rocks.  (Witness indicating.)

11    Q.     Your were facing the island.  Where was   r.

12    Chizhik facing, if you know?

13    A.     They were both kind of behind me, but I

14    don't recall which of them was standing on my r:  ıt

15    and which was standing on the left.  But everybc  ⁊

16    had a good footing, and everybody had something   ⊃

17    grab to so, you know, boat commotion wouldn't ⊐⊦  ⊃w

18    you, you know, out of the boat.  (Witness

19    indicating.)

20    Q.     Did you hear anybody say anything in the

21    period of time which immediately came before you

22    boat capsizing?

23    A.     I really don't remember for sure.  It's   .1

24    happened kind of so fast and sudden that I don't

1    remember any feeling of getting wet.  I don't

2    remember any feeling of water rushing into the   at.

3    All I know that just, you know, one moment I'm

4    bringing the line, and next thing, I'm kind of

5    moving.  And then I remember I had a bump on my

6    head, and I'm under water.

7    Q.    A bump on your hand?

8    A.    Head.  (Witness indicating.)

9    Q.    Head.

10   A.    That's probably when boat capsized.  It

11   probably hit me on the head.  It's kind of --

12   it's -- I didn't have time to react.  There was

13   nothing -- usually when a swell picks you up, it  s

14   gonna pick you up, and then the boat start movii  .

15   You know, there was none of this.  It was just

16   it's happened momentarily kind of.  (Witness

17   indicating.)

18   Q.    Did you hear Mr. Chizhik say anything r:  1t

19   before finding the boat capsize?  Let me ask you  a

20   different question.

21   A.    I --

22   Q.    Do you recall hearing Mr. Chizhik say

23   anything immediately before the boat capsized?

24   A.    I don't remember exactly, you know, what  ve

1     were saying.  All I -- just before that, they k: d

2     of -- they said, "Well, let's go home."  And tha 's

3     what we were -- I mean, not home, but, "Let's go :o

4     different spot."

5          We didn't -- we didn't want to go home : :,

6     but we wanted to move.  So that was kind of a pl 1.

7     I was just, you know, reeling in the line so we

8     could turn around and get away, and then it

9     happened.

10    Q.     Do you recall Mr. Lashgari saying anyth: j

11    immediately before the boat capsized?

12    A.     No.  As I said, we had maybe a minute o1

13    two.  Prior to that, we kind of -- the guys saic

14    "Well, you know, we want to go different spot."

15         So we -- and that's what we were plannir   to

16    do.

17    Q.     Do you know what caused the boat to caps :e,

18    do you know?

19    A.     I mean, I can only assume it's a wave, k :

20    all I know is just one thing I'm upside down.

21    it's -- as I said, it happened so fast, no warni :

22    or anything, and I haven't seen the wave that hi

23    us.  I assume it's a wave that hit us, but as I

24    said, I was kind of facing the island.  And the   ve

1  direction they would go, they were kind of comir

2  from behind me.  We were pretty much -- (Witnes:

3  indicating.)

4         MR. HIRSHBERG:  Just wait for a questior

5  BY MR. BREEN:

6  Q.    Did you ever tell a newspaper reporter 1 at

7  a wave had hit you?

8  A.    I didn't speak to reporters.  I didn't v 1t

9  to give any interviews.

10 Q.    You didn't speak to any newspaper

11 reporters?

12 A.    No, they were calling, but I don't

13 remember.

14        THE REPORTER:  I'm sorry?

15        THE WITNESS:  I don't really remember al

16 the calls now.  It's been couple years now.

17 BY MR. BREEN:

18 Q.    What happened next, Mr. Zilberman, after

19 you recall being in the water with a bump on you

20 head?

21 A.    Then it's kind of -- you know, it's weir

22 I'm under the water and feels weird.  I just, yc

23 know, have a rod in my hand still, and I remembe

24 just thinking, Should I let it go or keep it,

1       me, "Greg, look."

2                And when I turn my head toward Chizhik,

3       see him not holding the boat but swimming right

4       next to the hull with his head in the water

5       motionless.

6       Q.      Well, let me just ask you a question ab   t

7       that, Mr. Zilberman.  When you saw Mr. -- after   r.

8       Lashgari says "Look" and you turn your attentio   to

9       Mr. Chizhik, you see him in the water with his    ce

10      down in the water?

11      A.      That's correct.

12      Q.      And you say he was swimming.  Was he, i

13      fact, moving and swimming at that time, or was

14      motionless?

15      A.      I think he was motionless at that time.

16      Q.      And this is about five to ten minutes a   er

17      the boat is overturned?

18      A.      I would guess so.  I mean, nobody looke   at

19      a watch, obviously.

20      Q.      Of course.

21      A.      And, you know, it's kind of difficult t

22      judge, but it couldn't be, you know, awfully lo

23      because, you know, it's not like you have to sw:

24      far.

1    Q.      Based on your best memory of it and

2    understanding you didn't have an opportunity to  ook

3    at your watch, do you think it was about five t  ten

4    minutes after the boat capsized that you saw Mr

5    Chizhik motionless in the water?

6    A.      I'd say at least that long.

7    Q.      Could it have been longer than 15 minut  ,

8    or is that not likely?

9    A.      I don't know, maybe 15 minutes or so.    's

10   really -- you know, something like that happen   nd

11   of, and in, you know, this situation, time is -

12   it's a little difficult to judge.

13   Q.      Did --

14   A.      I mean, I can only assume certain perio  of

15   time, but nobody really tracked it kind of.

16   Q.      Did it seem like a short period of time

17   after the boat overturned that you saw Mr. Chizl  <

18   in this fashion?

19   A.      Well, it wasn't very long, no.  I mean,   -

20   Q.      Now, what happened when you saw Mr. Chi: ik

21   in the water face down as you have described for  1s?

22   A.      At that time Lashgari hold my hand, and

23   climb to the top of a boat.  And I get to Grigo1

24   and I pulled him out.  And he looked dead to me.  He

1    had -- his eyes were rolled, and he had some fo    in
2    his mouth.  And he wasn't breathing.
3    Q.      His eyes were rolled up into --
4    A.      Yeah.
5    Q.       -- his head?
6    A.      He was a -- it was a lifeless body.
7    Q.      So you formed the impression then at th
8    time that you saw Mr. Chizhik that he had died?
9    A.      At the time I pulled him out, he looked
10   dead.  I tried to do CPR, kind of tried to breal  ∍
11   into him, but you can't really do CPR in the wal  r.
12        I mean, if we were on firm ground kind ∘  I
13   were able to pull him, I might have been able to
14   revive him or especially if we had somebody tra:  ∍d,
15   but no, not that we could do.
16        You know, I kept him out of the water, ∝  ∃ I
17   try some CPR.  I tried, you know, to hit his hea  :
18   just to make sure, but there was no movement or
19   anything.  And, you know, at that point I was jι  :,
20   you know, holding to the body.  (Witness
21   indicating.)
22   Q.      At any time after you tried that CPR anc  :he
23   things that you did to try to revive Mr. Chizhik
24   did he ever give any indication of coming back t

85

```
 1    life?  Did he ever resuscitate or revive?

 2    A.     No.

 3    Q.     What do you recall happening next?

 4    A.     Then we were drifting.  You know, Lashg  i

 5    was pretty scared, just kind of crying, screami

 6    for help, you know, praying.

 7           My thoughts were how I'm going to face

 8    Zhanna.  I wouldn't want to let the body go bec  se

 9    there are currents over there, and maybe nobody

10    even to bury.  Because I know about a year ago,

11    diver perished over there.  They were looking f

12    him.

13    Q.     So you were drifting and thinking about  r.

14    Chizhik's widow, Zhanna?

15    A.     Yes.

16    Q.     And Mr. Lashgari was crying, praying, a

17    scared?

18    A.     Yes.

19    Q.     What happened next, sir?

20    A.     We kept drifting, and we were hoping th

21    somebody would pass, and there was no boats in

22    sight.  I finally -- I mean, I'm getting tired  t

23    hold the body.  So I kind of put him on the top,

24    almost wedged him between, you know, an outboar  ind
```

1    it was not overloaded.  Sea wasn't quiet, but i

2    wasn't that heavy that it would flip the boat.   t

3    shouldn't.  We were standing pretty much in the

4    middle.  I mean, we were kind of all around cen   r

5    console.  So we wasn't standing on one side of

6    boat that would disturb the weight.

7    Q.    You don't know of anything that was wro

8    with the boat do you, sir, that would cause it   --

9    you don't know of anything, do you?

10   A.    Not to my knowledge.

11   Q.    Okay.

12   A.    But again, I'm not an expert.

13   Q.    I am only asking you about your knowled .

14   So you don't know of anything that was wrong wi·

15   the boat caused it to overturn, do you?

16   A.    All I know it just capsized.

17   Q.    Now, you did not recover the boat in wh   h

18   you were traveling for --

19   A.    That --

20   Q.    -- fishing, correct?

21   A.    That particular boat is gone, because i  s

22   got into the surf and the rocks.  And what insu  1ce

23   company told me when a towboat came to that lat

24   on, I think maybe next day, they said there was

1     nothing left to recover.  So nobody could reall

2     examine it, and they said it was just in pieces

3     There was -- they said there were just couple p  ces

4     floating of fiberglass.  So nothing was recover

5     out it.  I was kind of asking, you know, what s  pe

6     it is.

7              I mean, I know when -- at the moment wh

8     these people arrive, I felt like, you know, the

9     console and the bottom wall start hitting the

10    rocks.

11             And as a matter of fact, if they wouldn

12    take us off that boat at that particular moment  I

13    don't know if we could survive, because there's

14    nothing really to grab because the transom, and  you

15    know, boat start hitting the rocks.  So prior t

16    that, we were, you know, sitting in a calm wate:

17    maybe just, you know, very slow motion.

18    Q.       So you never recovered that boat or any  art

19    of it, correct?

20    A.       No.  None, nothing at all.

21    Q.       At some point in time thereafter, you b  ght

22    another boat, right?

23    A.       Yes, I did.

24    Q.       You bought another Navigator 22, right?

1    A.    That's correct.

2    Q.    And did you buy that Navigator 22 from

3    Tropicland?

4    A.    That's correct.

5    Q.    And the Navigator 22 that you bought frc

6    Tropicland was exactly the same as the one that   )u

7    had been involved in the accident, correct?

8    A.    To best of my knowledge, it is.  It's a

9    next year.  The one that I have now is 2004, anc

10   that one that broken, you know, that capsize is

11   2003.  But I've been told that there was no

12   changes.

13   Q.    After you lost the 2003 Navigator 22 at   :a,

14   did you look at other boat models?

15   A.    No, the boat pretty much much more

16   expensive.  This boat and with this particular

17   package, with this engine, it was very well-pric .

18   for size of this boat.

19   Q.    Do you still have the boat that you

20   purchased after the accident in 2003?

21   A.    Yes, I do.

22   Q.    How many hours do you have on that boat

23   now?

24   A.    I have about maybe 130 hours.