1

```
1                                    Volume:  I
                                     Pages:  1 -
2                                    Exhibits:  2

3

4                    UNITED STATES DISTRICT
                     DISTRICT OF MASSACHUSETTS
5
                              CIVIL ACTION NO. 04-10106  T
6

7
      ZHANNA CHIZHIK,                      )
8            Plaintiff,                     )
                                            )
9      v.                                   )
                                            )
10     SEA HUNT BOATS, INC., TROPICLAND     )
       MARINE AND TACKLE, INC.,             )
11           Defendant.

12

13     DEPOSITION of AMIR LASHGARI, a witness called o

14     behalf of the Defendant Sea Hunt Boats, Inc., t  en

15     pursuant to the applicable provisions of the

16     Massachusetts Rules of Civil procedure, before   hn

17     F. Kielty, a Notary Public in and for the

18     Commonwealth of Massachusetts, at the Law Offic   of

19     Murphy, Hesse, Toomey & Lehane, 300 Crown Colon

20     Drive, Quincy, Massachusetts, on Monday, May 16

21     2005, commencing at 2:20 p.m.

22
                          JOHN F. KIELTY
23                        2 Garrett Place
                    Plymouth, Massachusetts 02360
24                        (508) 759-6767
```

```
 1      APPEARANCES

 2
        DAVID B. KAPLAN, ESQUIRE
 3      The Kaplan/Bond Group
        88 Black Falcon Avenue
 4      Suite 301
        Boston, Massachusetts 02210
 5           Attorney for the Plaintiff

 6      WILLIAM P. BREEN, JR., ESQUIRE
        Murphy, Hesse, Toomey & Lehane, LLP
 7      300 Crown Colony Drive
        Suite 410
 8      Post Office Box 9126
        Quincy, Massachusetts 02269
 9           Attorney for the Defendant Sea Hunt Boats,   c.

10      JAMES T. SCAMBY, ESQUIRE
        Tucker, Heifetz & Saltzman, LLP
11      Three School Street
        Boston, Massachusetts 02108
12           Attorney for the Defendant Tropicland Marin
        and Tackle, Inc.
13

14

15

16

17

18

19

20

21

22

23

24
```

1    Q.    Did the boat, to your observation, appea  to

2    be functioning properly on the way out to the

3    fishing area?

4    A.    It seems pretty nice.

5    Q.    On the parts of your trip where the wave

6    were choppy or where the sea conditions were cho  )y,

7    about how high were the waves that you saw?

8    A.    I'm really bad with measurements.  I'm l  1

9    with measurements and time.  As far as -- I mear  it

10   wasn't anything that we were concerned about.  ʔ

11   far as the size of them, I -- just regular wave:

12   normal waves.  I mean, I don't know the size of  .

13   When you say -- with your question, are they --  ͻ

14   you mean the boat -- the waves were continuous,   c

15   the waves were high?  What is the question?  I't  1ot

16   understanding that.

17   Q.    That is fair enough.  I am glad you sai·

18   something Mr. Lashgari.  If you are asked anyth.  ɟ

19   you don't understand, I want you to let me know   --

20   A.    Uh-huh.  (Indicates affirmatively).

21   Q.    -- all right?  Okay?

22   A.    Yes.

23   Q.    Have you ever heard of people speak abo

24   three-foot swells or two-foot swells?  Is that .

1    Q.    For how long were you waiting for Mr.
2    Zilberman after you arrived there?
3    A.    After I took my line in, another ten,
4    15 minutes.
5    Q.    Do you recall anything else that happene
6    before you found yourself being turned upside dc ?
7    A.    Negative.
8    Q.    Did you see a wave approaching?
9    A.    I didn't.  I had read that I had said th :
10   it was a big wave at one point, but as I said, t
11   me, everything at that time was huge.  I mean,
12   everything for me was huge.  Just the fact that
13   turned in the water and turned around, that's --
14   that to me was huge.  So as far as seeing a wave
15   no, I did not see a wave that would come and hit
16   us.
17   Q.    Your testimony is you did not see a wav
18   that came and hit your boat before you were pit ed
19   in the direction you said?
20   A.    Correct.  Well, my testimony is that I
21   had -- I believe I had said there was a 20-foct ave
22   at one point, but in the excitement of the matt ,
23   as I said, everything was huge.  So there was n
24   20-foot wave.

1           But the wave that hit us, what I -- the  .me
2    I remember I was in the water, he's got his line
3    I'm talking to Chizhik, next thing, the boat tur :d,
4    and that's when I went in the water.  (Witness
5    indicating.)
6    Q.    So you didn't see a 20-foot wave?
7    A.    Correct.
8    Q.    Did you see any wave approaching your b t
9    before you turned and went in the water?
10   A.    Just nothing out of the ordinary, nothi:
11   out of the ordinary.  At that time when it
12   happened -- when I think about it, nothing out
13   the ordinary.
14   Q.    Who did you tell that you saw a 20-foot
15   wave?
16   A.    I don't recall, could be a reporter.  I  id
17   talk to a reporter, and I don't recall who I sa
18   that to.
19   Q.    You did speak with a number of newspape
20   reporters after the incident, right?
21   A.    Not a number.  I believe I spoke with c :
22   person, and some people who would just call, yc
23   know, calling left and right.
24   Q.    After this accident, you spoke with a F ton

1    Globe reporter named John Ellement, correct?

2    A.    I'm thinking if I spoke to him in person   r

3    over the phone, but I don't remember. But the n   e

4    sounds familiar, yes.

5    Q.    After you spoke to one or more reporters

6    there were newspaper articles printed on what

7    happened, correct?

8    A.    Correct.

9    Q.    And did you read any of the articles tha

10   talked about what had happened?

11   A.    The first two, three lines, yes, but the

12   article in the Globe, I read it in whole, yes.

13   Q.    That was an article called, "Clinging T  A

14   Hope," right?

15   A.    I don't remember the name of the articl

16            MR. BREEN:   That is it.

17            MR. KAPLAN:   Okay.

18            MR. BREEN:   That is actually your copy.   Do

19   you have it already?

20            (Discussion off the record.)

21   BY MR. BREEN:

22   Q.    Why don't I just make sure I didn't wri  : on

23   this one, Mr. Lashgari.  Mr. Lashgari, I am shc  .ng

24   you a document that is a copy of the text of ar

1    article on boston.com called, "Clinging To A Hop "

2    It was, according to this, reported and publishe  on

3    page A1 of the Metro/Region section on May 27th

4    2003.  I would ask you to take a moment, please,  nd

5    look at that article and --

6              MR. KAPLAN:  Wait.  Is there a question  )r

7    him?

8              MR. BREEN:  Yes.

9              MR. KAPLAN:  I object.

10   BY MR. BREEN:

11   Q.    My question is, first off, have you eve

12   seen this article before?

13   A.    I have seen it, but I haven't read it

14   thoroughly.

15   Q.    If you would take a moment, please, and  ead

16   it to yourself?

17   A.    Do I have to read the whole thing, beca  e

18   I usually don't have patience to read the -- I

19   mean, after the first four or five lines, --

20             MR. KAPLAN:  Well, hold on.

21             THE WITNESS:  -- I can tell --

22             MR. KAPLAN:  Hold on.  Hold on.  I don'

23   think he has asked you a question.  He just sai

24   read it.

```
 1              THE WITNESS:  Sure.
 2              Okay.
 3    BY MR. BREEN:
 4    Q.     Have you had a chance to read the articl  to
 5    yourself, Mr. Lashgari?
 6    A.     Yes.
 7    Q.     Turning to page 2, if you would, please
 8    near the bottom, there is a paragraph just about
 9    seven lines up from the bottom that begins,
10    "Lashgari said the water was rough."
11              MR. KAPLAN:  Objection.
12    BY MR. BREEN:
13    Q.     Do you see that paragraph?
14    A.     Yes.
15    Q.     Do you recall speaking with a Boston Gl  e
16    reporter named John Ellement?
17    A.     As I said, the name sounds familiar, ye
18    Q.     Do you recall telling a Boston Globe
19    reporter that the water was rough but no more t  n
20    you had experienced the other days?
21    A.     I don't recall precisely saying that, -
22    Q.     Do you recall --
23    A.     -- but --
24    Q.     I'm sorry.  Go ahead.
```

1    A.        But if it's -- if it's here, you're tel ing

2    me I said it, I must have said it.

3    Q.        My question is, sir, whether you said th :

4    or not?

5    A.        I don't recall it.

6    Q.        Do you recall telling a Boston Globe

7    reporter that you, Mr. Zilberman, and Mr. Chizh:

8    were fishing on uneventfully when a wave Lashga:

9    estimated to be 20-feet tall hit them and capsi  d

10   their boat?

11            MR. KAPLAN:  Objection.  Objection to t

12   whole line, so that I don't interfere with his

13   interrogation.

14            MR. BREEN:  Thank you.

15   BY MR. BREEN:

16   Q.        Do you recall telling a Boston Globe

17   reporter that you were fishing uneventfully whe  a

18   wave that you estimated to be 20-feet tall hit   u

19   and capsized the boat?

20   A.        There is -- there was no such a thing a  a

21   21-foot wave.  I mean, there were no 21-feet wa

22   over there.  If the reporter put it, I don't kn  ',

23   as a matter of excitement or he's fishing for a

24   story, but I don't recall.  Now, that I'm sitti

1    here after the fact of the accident, I do not re .ll

2    a 20-foot wave at all.  If it was said, the repc .er

3    put it down -- or no, I don't recall it.  I don'

4    recall a 21-foot wave at all, not that day.  If

5    there was a 20-foot wave, we wouldn't be there.

6    Q.    Sir, my question is a little bit differe :.

7    Do you recall telling a reporter that there was

8    20-foot -- a wave estimated at 20-feet tall thal .it

9    and capsized your boat?

10    A.    I don't recall it.

11    Q.    Did you read this article when it was

12    published?

13    A.    As I told you, I usually read four or f  e

14    lines, and I get tired.  And I just put it --

15    because there was no sense reading a story that

16    went through.  No, I did not read it, and this

17    the first time that I'm actually getting a chan  to

18    read the whole thing.

19    Q.    When you saw this article in the newspa :r

20    on or after May 27th of 2003, did you read the

21    portion of the article that said that you had

22    estimated the wave that hit your boat to be 20- :et

23    tall?  Do you see that?

24    A.    As I said, I don't recall reading the

1    article.

2    Q.     Do you recall reading that part of it

3    within the part of the article that you read tha

4    day?

5    A.     I don't recall it, no.  This is the fir

6    time I'm seeing here a 20-foot wave that I've s  d

7    here, that in print that I'm seeing, but I don'

8    recall it.

9    Q.     Do you recall ever telling anyone after  his

10   accident happened that you saw a wave that you

11   estimated to be 20-feet tall hit the boat at th

12   time that it capsized?

13   A.     No, because there was -- there was no

14   21-foot wave.  There was no wave that big.

15   Q.     Sir, I just want to make sure that we a  :

16   not making -- I am not missing a distinction.   is

17   article talks about a 20-foot wave, and you sai

18   21.  Are we talking about the same thing?

19   A.     Actually, I'm -- we're talking about tl

20   same thing, 20.  No, there was no wave that big   I

21   am five-foot nine, and if it was a 20-foot wave

22   that would be three times bigger than me.  No,  ere

23   was no 20-foot wave.  We weren't on Titanic tha

24   day.

1    Q.    And lastly, sir, do you recall telling

2    anyone that a wave that you estimated to be 20-f  t

3    tall had hit your boat at any time after this

4    accident?

5    A.    Sitting here right now talking to you, i , I

6    do not recall.

7    Q.    Do you recall seeing a large wave headi:

8    toward your boat before the boat capsized?

9    A.    No, I do not.

10   Q.    Do you recall seeing any wave heading

11   toward your boat immediately before the boat

12   capsized?

13   A.    Nothing out of the ordinary.  There wer

14   continuous waves that were there in the ocean t  t

15   were there in the ocean but nothing out of the

16   ordinary, no.

17   Q.    How high were the waves that you would

18   consider to be ordinary that you observed that   y?

19   A.    I think I have told you over and over I  m

20   terrible with measurement.  You tell me how far  s

21   ten yard, I wouldn't be able to tell you how --  'hat

22   it is.  So I don't recall.  As far as feet

23   measurements, I don't recall it, sir, and I'm b  ng

24   very sincere about that.  You keep on banging a  the

1    same question, but I'll tell you as far as the s  e
2    of the wave I don't know.
3    Q.    All I can do, Mr. Lashgari, is ask you
4    questions and get --
5    A.    Sure.
6    Q.    -- your answer, all right?  So you are
7    totally unable to estimate the size of the wave
8    that you saw in the area?
9    A.    Correct.
10   Q.    Okay.
11   A.    I think that's a question -- never mind
12         MR. KAPLAN:  Wait for a question now.
13         THE WITNESS:  Okay.
14   BY MR. BREEN:
15   Q.    Do you recall talking to a reporter frc  the
16   Boston Herald concerning your accident?
17   A.    What's his name?
18   Q.    Her name would be Jessica Heslam.
19   A.    Not in person, no.
20   Q.    Do you recall speaking with a reporter  amed
21   Jessica Heslam by telephone?
22   A.    At this time that I'm talking to you,   at
23   name doesn't ring a bell.
24   Q.    Do you recall telling a reporter from   e

1   Boston Herald that a giant wave had crept up and

2   flipped your boat?

3   A.      What's the name of the reporter?

4   Q.      Jessica Heslam.

5   A.      I don't recall that, no.

6   Q.      Do you recall telling anyone from the Bc :on

7   Herald that a giant wave had crept up and flippe

8   the vessel?

9   A.      No, I don't.

10  Q.      Did you ever give a statement about wha  1ad

11  taken place anytime after the accident?

12  A.      I believe so.  I'm not sure if it was

13  the -- I'm not sure who it was, but yes.  I'm n

14  sure if it was wildlife or insurance company.

15  don't know.

16  Q.      Do you recall ever meeting or speaking    th

17  someone named Brian Morrissey?

18  A.      Same -- name sounds familiar, but I don

19  recall speaking to him.

20  Q.      If I were to ask if you know or have ev

21  met with or spoken with Brian Morrissey from Ma   ne

22  Safety Consultants, would that refresh your men  y

23  at all?

24  A.      Marine Safety Consultant, yes, that doe

1      but that person's name does not.

2      Q.     Do you recall speaking with someone from

3      Marine Safety Consultants on June 24th of 2003 i

4      order to give that person a statement?

5      A.     I recall I talked to somebody, but as fa  as

6      that specific date, no.

7      Q.     Do you recall when it was that you talke

8      with somebody about what had taken place on the  iy

9      of your accident?

10     A.     Are you looking for a time frame, or ar you

11     looking for a date, because I don't remember?

12     Q.     If you are able to give a time frame, t t

13     would be helpful.

14     A.     I would say it was maybe -- I don't kno  --

15     a couple of weeks after the accident.

16     Q.     Is your date of birth July 4th of 1962?

17     A.     Yes, sir.

18     Q.     Is your Social Security number 026-58-0 6?

19     A.     Yes, sir.

20     Q.     Do you recall telling Mr. Morrissey tha  you

21     had seen a large wave heading toward the boat b  ore

22     the boat capsized?

23     A.     I'm sorry.  Who is he?

24     Q.     Do you recall telling Brian Morrissey c

49

1    Marine Safety Consultants that you had seen a la e
2    or giant wave heading toward your boat before th
3    boat capsized?
4    A.       Negative.  Once again, I repeat myself.
5    There was no huge wave that day.  There was no
6    20-foot wave.  You can check with the Navy.  You can
7    check with the Coast Guard.  There was no 20-fo
8    wave.  I don't know if the myth came in from a
9    reporter trying to put this story in there or wi t
10   have you, but there was no huge wave that hit u
11   that day.
12   Q.       Mr. Lashgari, I understand your testimo   in
13   that respect.  The questions I am asking are wi
14   respect to what you told the person from Marine
15   Safety Consultants.
16   A.       I don't recall if I've said that.
17   Q.       Did you tell Mr. Morrissey of Marine Sa ty
18   Consultants on June 24th of 2003 that your boat ad
19   been hit by a "very big one," referring to a wa ?
20   A.       I was hit with a big emotional accident hat
21   I went down, and as I said, once again, in that ime
22   span when it happened to me, everything was hug  I
23   don't know if you have ever been in that situat n
24   or not.  My life was in front of me.  That was  ge.

1    That was huge.  I can just feel it in my bones r ht

2    now, that my life that day was almost gone.

3           Anything -- if you came and you helped n

4    that day, you would have been my God.  Everythir

5    was huge to me that day.

6           So if I had said the big one, yeah, that vas

7    my life that was going.  So I don't know about

8    measurements.  I don't know about thing.  I thir

9    those are the information you need to talk to tl

10   Coast Guard about, the size of the waves that d: .

11          I am not an expert.  I'm terrible with

12   measurement.  I am not good with time span, but

13   know that day I almost died.  I almost died.

14          Something had to be wrong with that God amn

15   boat that day.  Something had to be wrong becau

16   the -- I'm a -- I am a good judge of situation.  If

17   the situation was that bad, we would have not g  e

18   in.  We wouldn't have been there.  I wouldn't h  e

19   been here talking to you if this situation was

20   something that I wouldn't have felt comfortable

21   with.  So I don't -- I mean, what's the questic

22   again?

23   Q.    My question, Mr. Lashgari, is whether y  1

24   told Mr. Morrissey of Marine Safety Consultants :hat

1    your boat was hit with a "very big one," referri
2    to a wave?
3    A.      Sitting here talking to you right now, :
4    don't recall it.  I may have.  I may have not, k  : I
5    don't recall saying that.  And if -- there's --  :
6    was impossible.  There was no huge wave.  So I (  1't
7    know where this statement came from over there,   1t,
8    no, I don't recall it, sir.
9            MR. BREEN:  Just off the record for a
10   minute.
11           (Brief recess.)
12           MR. BREEN:  Can we mark that article,
13   please?
14           THE REPORTER:  Sure.
15           (Defendants' Exhibit No. 1 was marked f
16   identification.)
17           (Discussion off the record.)
18   BY MR. BREEN:
19   Q.      Sir, I have marked this article that we
20   talked about earlier, The Boston Globe article  ;
21   number 1, okay?
22   A.      Correct.
23   Q.      And it is your testimony you have neve: read
24   the whole article before today?

1    A.      Correct.  To be honest with you, I didn'

2    read the whole thing today either.

3    Q.      You had the opportunity to read the whol

4    thing if you chose to, though, right?

5    A.      Correct.

6    Q.      And you read the part I inquired about I :e

7    at the bottom of the second page when I asked th ;e

8    questions --

9            MR. KAPLAN:  Okay.  Now, I objected to ; l

10   of this line of questioning.  However, if there ; a

11   question in front of you, answer it.  If there : no

12   question, just don't talk about it.

13           THE WITNESS:  Sure.

14   BY MR. BREEN:

15   Q.      Did you read this, the part on the seco

16   page that I inquired about at the time I asked   u

17   to look at the second page?

18   A.      That section, yes.

19   Q.      On the occasion, sir, that you spoke wi

20   the investigator from Marine Safety Consultants  you

21   were aware that the interview was being recorde

22   right?

23   A.      If it was being recorded, I was -- prob  )ly

24   was aware of it, yes.

1    Q.    Have you ever seen a transcription of th
2    interview?
3    A.    Negative, sir.
4    MR. BREEN:  Would you mark this, please
5    THE REPORTER:  Sure.
6    (Defendants' Exhibit No. 2 was marked f
7    identification.)
8    MR. BREEN:  This is what we got on --
9    MR. KAPLAN:  Let the record show that w
10   have all just received it today.
11   MR. BREEN:  From Mr. Zilberman's attorn   .
12   MR. KAPLAN:  Right.
13   MR. BREEN:  Correct.  Well, I know the
14   attorneys have received it, but I am going to
15   inquire about Mr. Lashgari.
16   BY MR. BREEN:
17   Q.    Sir, have you ever seen -- I am going t
18   show you a document that is a 20-page document
19   have marked as Exhibit No. 2.  That is labeled
20   the top and purports to be the "Transcribed
21   Statement of Amir Lashgari," and I will ask you   o
22   take a moment and look at that, please?  My que   ion
23   for you, sir, when you have done so is whether   )u
24   have ever seen that document before?

1    A.      Negative, sir.  I've never seen this bef re.

2    Q.      Do you wish to take a few minutes to loc  at

3    it, or can we proceed?

4    A.      I don't have really -- it's 20, 20 page:

5            MR. BREEN:  I am trying to afford the

6    courtesy, David, of letting him look at it.

7            MR. KAPLAN:  Say that again?

8            MR. BREEN:  I am just affording the cou   esy

9    if he wants to look at it for a couple of minut  .

10   I am going to inquire about it next.  It is rea   y

11   whatever he wants to do.  I can ask particular

12   questions.

13   BY MR. BREEN:

14   Q.      Mr. Lashgari, looking at the first page  t

15   the top, it says at the beginning, "My name is

16   Brian Morrissey from Marine Safety Consultants,  .nd

17   I am interviewing Mr. Amir Lashgari regarding t  :

18   boat accident which occurred on or about May 26

19   2003 involving Greg Zilberman's boat in Boston

20   Harbor."

21           Sir, does that refresh your recollectic   at

22   all about who Mr. Morrissey is?

23   A.      I --

24           MR. KAPLAN:  Again I want to -- just bi   ore

1    you answer, I want to put on my objection to thi

2    entire line of that questioning regarding this

3    alleged statement.

4              Go ahead.

5              THE WITNESS:   What's the question, sir,

6    again?

7    BY MR. BREEN:

8    Q.    Just having the opportunity to review tl

9    document that begins, "My name is Brian Morrisse

10   from Marine Safety Consultants," does that refr( 1

11   your recollection at all as to who Mr. Morrissey

12   is?

13   A.    I remember talking to somebody from Mar  e

14   Safety Consultants, but I don't recall who Bria:

15   Morrissey is as a person.   It was just -- and I

16   thought -- I thought the accident happened on M

17   25th.   It says, 26th here.   I'm not --

18   Q.    You were not involved in any accident o

19   May 26th, were you, sir?

20   A.    I'm sorry?

21   Q.    You weren't involved in an accident on  .y

22   26th, correct?

23   A.    What -- what do you mean?

24   Q.    You weren't involved in a boating accic  it

1      on May 26th, right?

2      A.      The only boating accident I was involved .n

3      my life was the one that we're talking about.

4      Q.      Thank you.

5              The next portion states, "Today's date :

6      June 24, 2003."

7              Does that refresh your recollection at   l,

8      sir, as to when you met with the individual fro

9      Marine Safety Consultants?

10     A.      If it says June 24th, it must have been   une

11     24th, but I don't remember.

12     Q.      On the occasion that you met with the

13     individual from Marine Safety Consultants were    u

14     asked a number of questions about what had take

15     place?

16     A.      I would -- I would assume so, yes.   Yes

17     Q.      Do you remember being asked questions,     .r,

18     by the person from Marine Safety Consultants ak   it

19     what had taken place on the day of your boatinc

20     accident?

21     A.      I don't recall details, but I recall tl : I

22     gave a statement.

23     Q.      Sir, if you turn please to page 7?

24     A.      Okay.

1       Q.      Beginning if you would, please, sir, wit

2       the third question from the top.  You can see th

3       it is the third cube in the left column.

4       A.      Uh-huh.  (Indicates affirmatively).

5       Q.      Where it begins "The wave action," I wou l

6       ask you to read down for three questions and thi  e

7       answers ending with, "But it wasn't that big you

8       know."

9               MR. KAPLAN:  Well, I am going to object   n

10      another -- you know, I'm sure Mr. Lashgari can :  ad.

11      If you have a question from this alleged -- I d  't

12      know what it is, but you can ask him the questi  ,

13      but if you are going to ask him to read, he can

14      read.

15              MR. BREEN:  Are you going to make objec   ons

16      to form by continuing to give --

17              MR. KAPLAN:  Okay.

18              MR. BREEN:  -- speaking objections, or

19              MR. KAPLAN:  All right.

20              MR. BREEN:  -- are you going to let me   ' do

21      my inquiry?

22              THE WITNESS:  Okay.  What's the questic

23      sir?

24      BY MR. BREEN:

1    Q.      The question, sir, I am going to ask you

2    questions about the third question from the top, .nd

3    I can read it aloud to you, or you can look at i

4    yourself.  My question will be --

5    A.      Could you please read it for me, sir?

6    Q.      I certainly will.

7    A.      Thank you.

8    Q.      Sir, beginning with the portion of page

9    which begins, "QUESTION:  The wave action...whe:

10   were the waves hitting you?  What side of the b  t?

11           "ANSWER:  The waves were hitting from t   s

12   side," and it is indicated in parens, "(pointin  to

13   the diagram)."

14           "QUESTION:  That is what they call the

15   starboard side or the right side of the boat.

16           "ANSWER:  The right side.  That's it.

17           "QUESTION:  How big were they?

18           "ANSWER:  Not that big.  We were just,.  we

19   would rock and roll, kind of rocking, but it wa  't,

20   it wasn't that big until we got hit one very bi

21   one, but before that they weren't that big, tha  you

22   know, I have a fear of dying if the waves are k  f

23   you know get me out of here, but it wasn't that  ig

24   you know."

1            Do you recall giving that answer to Mr.

2       A.    I don't.

3       Q.    -- Morrissey's question?

4       A.    I don't recall it, no.

5       Q.    On page 7 as well, sir, near the bottom

6       beginning with the question --

7       A.    Uh-huh.  (Indicates affirmatively).

8       Q.    -- "To Shizhik," do you see where it sa`

9       that, sir?

10      A.    Yes, sir.

11      Q.    In response to that question, did you t  l

12      Mr. Morrissey, "Yes, yes...I was watching was G   g

13      was doing as he was fishing and I went to talk

14      him and I saw this wave that was this huge, hug

15      wave," and in parens, "(Phone rings.  He shuts

16      off), close paren.  This big one that I would s

17      that when I looked at it, it was taller than me

18      coming at us, not immediate at the point of imp   t,

19      but when I looked at it, good I would say, I dc   t

20      know about eight, nine feet...I'm not sure, I w   it

21      to say, it was a big one."

22            Do you recall telling Mr. Morrissey tha    in

23      your interview with him?

24      A.    I don't recall saying that.  Once agai    I

1    keep on saying that there was no nine-, ten-feet

2    wave.  That day when I turned -- when I'm standi

3    talking to Chizhik for a second, next thing, my    ad

4    is in the water.  I'm trembling.  I'm seeing dea

5    in front of me.  Everything was huge, but that d  ,

6    there was no wave.  There was no wave that was t  it

7    high.

8          If I had said it, if you have it here tl  : I

9    said it, it's out of excitement, out of somethir

10   you've never experienced in your life before, bi  I

11   don't recall saying those things.  I don't.  I r /

12   have said that, but I don't recall.  Sitting hei

13   with you, I don't recall saying a big wave, the  1e

14   wave that hit us.  No, I do not recall that at i l,

15   sir.

16   Q.    Do you deny telling Mr. Morrissey that

17   big --

18   A.    I'm not deny -- I'm not denying, or I'm  ot

19   accepting.  But I'm saying I do not recall tell  g

20   him that.  He talked to me that --

21         MR. KAPLAN:  Enough.  Enough.

22         THE WITNESS:  Thank you.

23   BY MR. BREEN:

24   Q.    Sir, with the next question, did you te

1    Mr. Morrissey in response to the question, "And     w

2    tall are you," did you give the following answer

3    "I'm 5'9".  It was a big one.  I mean I saw that   nd

4    I said Oh My Jesus...I mean I saw that and it ju

5    hit us, it just hit us and the next thing I know   'm

6    under a boat and I didn't even feel...from the t   ie

7    when I saw that, that is all I remember.  I mean

8    have tried over the past three or four weeks, I    ive

9    tried sometimes I am driving, I have stuff comir

10   back to me and stuff.  A lot of things wasn't cc  .ng

11   to me before...I cannot remember anything from t  ɔ

12   time after I saw the big one.  The next thing I

13   remember the boat was flipped over and I am

14   underneath in the air pocket over there, and I    ar

15   like echoes..."

16            Did you give that answer to Mr. Morriss   ?

17   A.       Once again, I don't recall.  See, you k   p

18   on asking me questions about the time frame.  I

19   don't recall any of those things.  I don't reca   .

20   If you put Mr. Morrissey here, I wouldn't know    o

21   he is.  So I don't recall saying that, sir.

22   Q.       Thank you.

23            Going to page 8, sir, about midway dowr   he

24   page, when Mr. Morrissey asked "Was that the fi   t

1    abnormally larger wave that you guys encountered

2    that day," did you tell him, "Yes, yes, that's t

3    first one that I seen like that.  Coming in you

4    know, now that I think about it, it was like tha

5    movie Perfect Storm.  I mean it is just like

6    that...that was the first one that I saw"?

7             Did you tell Mr. Morrissey that?

8    A.       Once again, sir, I don't recall telling, )ut

9    it definitely was like the movie Perfect Storm

10   because I was in the water.  I was -- I was dyii .

11   I was seeing death right in front of me.

12   Q.       What did you see when you came out from

13   underneath the boat on that day, sir?

14   A.       When?  What do you mean, from the air

15   pocket?

16   Q.       Correct.

17   A.       What I recall when I was in that air po  et,

18   I remember total darkness, total darkness.  I'm

19   going around.  There's an air pocket that I cou  .

20   breathe, and I thought for a minute I was safe   .ere

21   till I started smelling fume.  The fume got me   :ry,

22   very dizzy.

23            I had been put under -- when I had my

24   surgery for my sinuses, my doctor gave me the

1    prescription to go to sleep before they put me o  .

2          And he told me, "Amir, go to sleep."  I

3    remember seeing my doctor above my head telling  ,

4    "Amir go to sleep" at the same time the fumes ar

5    getting to me.

6          So I knew I was dead at that time.  I ma :

7    the choice that either I'm going to die here or  ,

8    under, swim under and go to the unknown, and to  :,

9    that was -- that took a lot of courage to do tha

10   because I did not know how to swim.  I did not w  it

11   to let go of the safety of the objects that I wa

12   holding.

13         So I go under.  I swim out, and I saw tl

14   light from underneath, which was the daylight tl : I

15   hadn't seen at that time.  And I come up, and I  :e

16   the two guys, Greg Chizhik and Zilberman, holdir  to

17   the side of the boat.  And I'm far away from the

18   boat.  The boat is like ten, ten, 12, 15 yards,  :et

19   away from me.  All I know is the boat -- I'm her

20   The boat is, like, by the -- by the wall over tl :e.

21   (Witness indicating.)

22   Q.    So the point at which you came up was a

23   distance of ten feet from the boat, --

24   A.    I don't --