UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10106JLT

| | |
|---|---|
| ZHANNA CHIZHIK,<br>Administratrix of the Estate<br>of Grigory Chizhik,<br>    Plaintiff<br><br>v.<br><br>SEA HUNT BOATS, INC.,<br>TROPICLAND MARINE<br>AND TACKLE, INC., and<br>GREGORY ZILBERMAN,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT SEA HUNT BOATS, INC.'S STATEMENT OF UNDISPUTED
MATERIAL <u>FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Sea Hunt Boats, Inc. ("Sea Hunt") submits the following undisputed facts a

evidence in support of its motion for summary judgment:

1. In the Spring of 2003, Gregory Zilberman purchased a Sea Hunt Navigator 22 fr

    Tropicland. Transcript of the Deposition Testimony of Gregory Zilberman, p. 16, attach

    to Sea Hunt's motion as "Exhibit A."

2. At the time that he took delivery of his Navigator 22, Zilberman noticed nothing wrong w

    his boat. Zilberman depo., pp. 34-35.

3. Prior to May 25, 2003, Zilberman had used his Navigator 22 to fish in Boston Harb

    without incident. Zilberman depo., pp. 38, 40.

4. On May 25, 2003, Zilberman, Amir Lashgari and the plaintiff's decedent embarked

    Zilberman's Navigator 22 in Weymouth, Massachusetts to fish in Boston Harbor. S

Zilberman depo., p. 49.

5. Zilberman steered his boat to several fishing spots, arriving eventually in an area outside Outer Brewster Island. Zilberman depo., pp. 53-54.

6. Neither Zilberman nor Lashgari observed any problem with the boat in several hours of before the subject accident. Zilberman depo., p. 54; Transcript of the Deposition Testim of Amir Lashgari, p. 25, attached to Sea Hunt's motion as "Exhibit B."

7. Zilberman observed that the sea conditions were getting rougher in the area of O Brewster Island than they had been in the harbor, as he was getting out of the har Zilberman depo., p. 61. They encountered 3' swells and waves up to 5' in height by O Brewster Island. Zilberman depo., p. 64.

8. At Outer Brewster Island, Zilberman left the helm and allowed the to boat drift as he and passengers attempted to cast their lines toward shore and into the surf. Zilberman depo. 54.

9. Zilberman was fishing facing the island with his back to the open ocean. Zilberman de p. 70.

10. The plaintiff's decedent was not wearing a personal flotation device, though one available to him on the Navigator 22. Zilberman depo., p. 100.

11. The Navigator 22 capsized and Zilberman, Lashgari and the plaintiff's decedent were thro into the water. Zilberman depo., p. 71.

12. Zilberman presumes that a large wave caused the Navigator 22 to capsize, though he d not know this to be so. Zilberman depo., pp. 72-73.

13. Zilberman does not know of any problem with the Navigator 22 which caused it to capsi

and claims no expertise in this area. Zilberman depo., p. 94.

14. After the incident, Lashgari told news reporters and an investigator that a large wave caused the Navigator 22 to capsize. Lashgari depo., pp. 37-63.

15. The plaintiff's decedent expired after several minutes in the water holding on to overturned boat. Zilberman depo., p. 82-85.

16. The Navigator 22 was lost at sea and not recovered. Zilberman depo., p. 94.

17. Zilberman purchased a second identical Navigator 22 which he has used without incident several years fishing in Boston Harbor. Zilberman depo., pp. 95-96.

18. The plaintiff did not serve his expert witness disclosure and report before May 6, 2005 required by the Federal Rules of Civil Procedure 26(a)(2) and by this Court's Order.

> The Defendant,
> SEA HUNT BOATS, INC.
> By Its attorneys,
>
> William P. Breen, Jr., Esq. BBO #558768
> Rebecca L. Andrews, Esq., BBO #644846
> Murphy, Hesse, Toomey & Lehane, LLP
> 300 Crown Colony Drive, Suite 410
> P.O. Box 9126
> Quincy, MA 02269-9126
> (617) 479-5000

**CERTIFICATION OF SERVICE**

The undersigned attorney hereby certifies that on this 16th day of September 2005, she ser a copy of the foregoing document, via first class mail, upon the following

David B. Kaplan, Esq.
Jay O'Brien, Esq.
The Kaplan/Bond Group
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

Philip M. Hirshberg, Esq.
Morrison, Mahoney & Miller, LLl
250 Summer Street
Boston, MA 02210

David C. Stadolnik, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive
Second Floor
Quincy, MA 02171

James T. Scamby, Esq.
Tucker, Heifitz & Saltzman
Three School Street
Boston, MA, 02108

William P. Breen, Jr.