# EXHIBIT 1

# Navigator 22

If you are looking for quality, performance, and fishability in your next boat, the Yamaha powered Navigator 22 has it all.

Capable of running the flats or handling open coastal waters, the 22 Navigator features front and rear casting platforms, large aerated live well with full time water supply available, full fiberglass liner with deluxe diamond nonskid, under-gunwale horizontal rod storage, stainless steel rod holder, thru bolted stainless steel hardware and much more.

| | | | |
|---|---|---|---|
| Length | 21'6" | Persons | 7 |
| Beam | 96" | Weight Capacity | 2000 |
| Cockpit Depth | 20" | (Persons, Motor, Gear) | |
| Approx. Weight | 1,760 lbs. | Max. HP | 225 |
| Deadrise | 15° | Fuel | 58 ga |
| Draft | 12" | | |



Anchor Locker
Storage/Fish box with Overboard Drain
Storage
Battery Storage
72 qt. Igloo Cooler
Console Storage
Flush-mounted Rod Holders
Rod Rack
Drink Holder
Binnacle Control
S/S Steering Wheel
Reversible Chair
Diamond Non-skid
Aerated Livewell
Storage
VRO/Battery Storage