# EXHIBIT 2

COPY

```
 1              In the United States District Court
                 For the District of Massachusetts
 2                Civil Action No.: 04-10106-JLT

 3

 4   Zhanna Chizhik,              )
     Administratrix of the        )
 5   Estate of Grigory            )
     Chizhik,                     )
 6                                )
                Plaintiff,        )
 7                                )   Deposition of
                                  )   30(B)6 Witness
 8          vs.                   )   VICTOR O. ROOF
                                  )
 9   Sea Hunt, Inc., and          )
     Tropicland Marine and        )
10   Tackle, Inc.,               )
                                  )   May 25, 2005
11              Defendants.       )
     _____)

12

13

14        Deposition on oral examination of 30(B)6

15   witness VICTOR O. ROOF, reported by Brad H. Thomas,

16   Certified Realtime Reporter and Notary Public in and

17   for the State of South Carolina; said deposition

18   taken pursuant to agreement and in accordance with

19   the South Carolina Rules of Civil Procedure, at the

20   Offices of the Clarion Hotel, 1615 Gervais Street,

21   Columbia, South Carolina, on May 25, 2005, at the

22   hour of 11:12 a.m.

23

24   _____
                 GARBER REPORTING SERVICE, INC.
                     POST OFFICE BOX 12348
25           COLUMBIA, SOUTH CAROLINA  29211
                       (803) 256-4500
```

VICTOR O. ROOF

1       A.    This is the Navigator 22.

2       Q.    Yes.

3             MR. BREEN:  He's asking what that sheet of

4    paper is.

5    BY MR. KAPLAN:

6       Q.    What is that sheet of paper?

7       A.    This is a copy of the literature that we

8    have on the Navigator 22.

9       Q.    Okay.  And was that prepared by your

10   office, Sea Hunt?

11      A.    Yes, it was.

12      Q.    And that is presented to whom?

13      A.    That is presented to the dealer that in

14   turn gives it to the potential buyers of the boat.

15      Q.    Okay.

16            MR. KAPLAN:  Could you mark that as

17   Exhibit 2.

18            (Exhibit No. 2 was marked for

19   identification.)

20   BY MR. KAPLAN:

21      Q.    Now, would you please refer to the

22   language in the first paragraph.  Am I correct when

23   I say capable of running the flats or handling open

24   coastal waters?

25      A.    Yes.

VICTOR O. ROOF

```
1   identification.)

2   BY MR. KAPLAN:

3       Q.   Were the intended areas of the Navigator

4   22 for usage any different than the intended areas

5   for the 212?

6       A.   Yes.

7       Q.   What would be the difference?

8       A.   The 212 was built for more of offshore

9   use.  The Navigator 22 was built to have the ability

10  to do more casting or any type fishing in which you

11  would want to cast a rod.

12      Q.   Was the 2003 Navigator 22 designed for use

13  in unlimited types of fishing scenarios or was it

14  not to be used in some possible fishing scenarios?

15  And if there is a difference, what should they be

16  avoided?

17          MR. BREEN:  Objection.

18          THE WITNESS:  I can't answer that

19  question.

20  BY MR. KAPLAN:

21      Q.   I think you're right.  Do you know whether

22  there's any information -- strike that, please.  You

23  did say that there was no owner's manual that was

24  issued for the 2003 Navigator 22; is that correct?

25      A.   Yes.
```

VICTOR O. ROOF

1    Q.   Was there an owner's manual issued for the

2  212?

3    A.   No.

4    Q.   Is it your practice not to issue owner's

5  manuals for any of the boats?

6         MR. BREEN:  Objection.

7         THE WITNESS:  Yes.

8  BY MR. KAPLAN:

9    Q.   Was there any notice given to a purchaser

10  of the 212 or of the 22 to refrain from using that

11  boat in certain circumstances?

12         MR. BREEN:  Objection.

13         THE WITNESS:  No.

14  BY MR. KAPLAN:

15    Q.   Now, when the Navigator 22 was designed

16  who made the decision as to the hull depth?

17    A.   I did.

18    Q.   Was that decision based on the anticipated

19  limitations of where the boat would be used?

20         MR. BREEN:  Objection.

21         THE WITNESS:  Not necessarily.

22  BY MR. KAPLAN:

23    Q.   Now, I know you've given us the designer

24  of the Navigator 22.  Now, specifically who decided

25  on the dimensions of the hull beam and hull depth

VICTOR O. ROOF

1    once the hull length was selected?

2        A.   I did.

3        Q.   Are you -- you're not a naval architect or

4    anything, are you?

5        A.   No, sir.

6        Q.   Now, if you look at the stats on the 212

7    and the 22, you probably have it in your mind, but

8    if you don't, I'd be happy to give you back these

9    exhibits.  Perhaps that's the better way.

10            I'm going to hand you the 212, please, and

11   the Navigator 22, which may help you to respond to

12   some of these questions.  Is the Triton 212 six

13   inches shorter than the Navigator 22?

14       A.   Yes, sir.

15       Q.   Does the Navigator -- strike that.  Does

16   the 212 have a depth five inches greater than the

17   Navigator 22?

18       A.   In the cockpit it does.

19       Q.   Who made that decision?

20       A.   I did.

21       Q.   Is the depth of the hull an important

22   factor in keeping green water out of the boat when

23   there are waves?

24            MR. BREEN:  Objection.

25   BY MR. KAPLAN:

35

VICTOR O. ROOF

```
 1        Q.   You know what I mean by green water as
 2   opposed --
 3        A.   Yes.  The depth would improve in that,
 4   yes.
 5        Q.   Do you agree that if a boat is adrift,
 6   that is not anchored, while the occupants are
 7   fishing the boat will be broadside to the waves?
 8             MR. BREEN:  Objection.
 9             THE WITNESS:  I'm not sure.  I can't
10   answer that.
11   BY MR. KAPLAN:
12        Q.   Do you agree that when a drifting fishing
13   boat is broadside to the waves it is more likely
14   that the top of a wave could wash over the gunnel
15   into the boat if the gunnel is lower than if it is
16   higher?
17             MR. BREEN:  Objection.
18             THE WITNESS:  Yes.
19   BY MR. KAPLAN:
20        Q.   Is that possibility one of the factors
21   that was considered when deciding on the intended
22   areas of use of the Navigator 22?
23             MR. BREEN:  Objection.
24             THE WITNESS:  No.
25   BY MR. KAPLAN:
```

GARBER REPORTING SERVICE

VICTOR O. ROOF

1  the side of one boat that's 20 inches, it would come

2  over it easier than it would a boat that would be 25

3  inches tall or a boat that's 30 inches tall would be

4  easier than 25.

5  BY MR. KAPLAN:

6      Q.   But am I correct in interpreting that a

7  boat with 20-inch sides is more apt to be troubled

8  with waves than a boat that's 25 inches high?

9           MR. BREEN:  Objection.

10          THE WITNESS:  Yes.

11  BY MR. KAPLAN:

12     Q.   Now, you have deck drains.  And the

13  purpose of deck drains is the boat has a

14  self-bailing cockpit?

15     A.   Yes.

16     Q.   That means the deck is normally above the

17  water line of the boat?

18     A.   Yes.  The floor of the boat.  Would you

19  define deck?

20     Q.   Okay.  I think I understand.

21          MR. BREEN:  Just to clarify the record,

22  did you understand the last question as it was

23  asked?

24          THE WITNESS:  No.

25  BY MR. KAPLAN:

VICTOR O. ROOF

1  consultants ever do any stability tests to see if

2  trim down by the bow could result in significant

3  reduction of stability?

4           MR. BREEN:  Objection.

5           THE WITNESS:  Yes, sir.

6  BY MR. KAPLAN:

7       Q.   The answer to that is yes?

8       A.   Yes, sir.

9       Q.   Who did that?

10      A.   I did.

11      Q.   How?

12      A.   By putting people in the boat, moving

13  people in different positions, seeing if anything

14  unusual happened with unweighted positions.

15      Q.   And all of that was done in a lake

16  setting?

17      A.   In a lake setting, yes.

18      Q.   Did you do or did you ever have anybody do

19  any tests for the reduction of stability relating to

20  persons standing up instead of sitting down?

21      A.   No, sir.

22      Q.   Was there anything in the owner's manual

23  or signage on the boat that cautions the operator

24  about stability being jeopardized if the people

25  stand on the boat?