**EXHIBIT 3**

1

1                                              Volume:  I
                                             Pages:  1 - 117

2                                                Exhibits:  1

3

4                     UNITED STATES DISTRICT
                   DISTRICT OF MASSACHUSETTS

5                                  CIVIL ACTION NO. 04-10106JLT

6

7

8     ZHANNA CHIZHIK,                           )
         Plaintiff,                 )

9                                     )
     v.                             )

10                                 )
    SEA HUNT BOATS, INC., TROPICLAND    )
    MARINE AND TACKLE, INC.,          )

11        Defendant.

12

13    DEPOSITION of **GREGORY ZILBERMAN**, a witness called on

14    behalf of the Defendant Sea Hunt Boats, Inc., taken

15    pursuant to the applicable provisions of the

16    Massachusetts Rules of Civil procedure, before John

17    F. Kielty, a Notary Public in and for the

18    Commonwealth of Massachusetts, at the Law Offices of

19    Murphy, Hesse, Toomey & Lehane, 300 Crown Colony

20    Drive, Quincy, Massachusetts, on Monday, May 16,

21    2005, commencing at 9:52 a.m.

22                    **JOHN F. KIELTY**

23                  **2 Garrett Place**
          **Plymouth, Massachusetts 02360**

24              **(508) 759-6767**

30

1       it, or you have to have a very powerful and

2       expensive setups.

3                Also, this particular boat is a bay boat,

4       which is -- it can go into very shallow places,

5       almost like a flat boat, but the same time, it

6       designed for inshore application.  It supposedly

7       could take some rough water.

8       Q.       Did you before you purchased the Navigator

9       22 review any documents about the Navigator 22?

10      A.       I read the brochure.  I saw the boat.  I

11      spoke to dealer about it.  I also spoke to one of

12      his clients who bought this particular model.

13      Q.       So as far as the documents that you looked

14      at before you bought the Navigator 22, you looked at

15      a brochure?

16      A.       Yes.

17      Q.       Did you read the brochure front to back?

18      A.       It's very small.  It just one page.

19      Q.       Do you remember anything specific that you

20      read in the brochure about the 22-foot Navigator,

21      Navigator 22?

22      A.       Not really.  It's all described as a stable

23      boat, capable of taking some rough water, and it's

24      also for in shallows.

61

1     Q.     Mr. Zilberman, at the time of the -- strike

2     that.

3           When you arrived in the area of Middle

4     Brewster Island, it was around two o'clock in the

5     afternoon?

6     A.     It's Great Brewster, not Middle Brewster.

7     Q.     I see.

8     A.     Outer Brewster.

9     Q.     When you arrived in the area of Outer

10    Brewster Island, it was around two o'clock in the

11    afternoon?

12    A.     Probably something like that or just

13    before.

14    Q.     Had the sea conditions changed at all from

15    the time that you left Weymouth until the time that

16    you arrived outside of Outer Brewster Island?

17    A.     Well, going to the Brewster, it was -- it

18    was rougher than we were going before, but we were

19    also getting, you know, out of the harbor.  And

20    usually, at the entrance the water is always rough,

21    or you could have, you know, no waves or, like, up

22    to one foot inside, and it will be couple feet

23    waves, you know, outside or even, you know,

24    occasional large at the entrance.

68

1    want to leave, and that moment I was just, you know,

2    bringing back the line.  And we were planning to

3    turn around and go to different spot.

4    Q.    Were you worried at all as you were bringing

5    back in the line?  Was there anything for you to

6    worry about, to your knowledge?

7    A.    No.  No.  I wouldn't stay in a place if I

8    wouldn't feel safe there.

9    Q.    Okay.

10    A.    I mean, you would be cautious, but at no

11    point it would come into my mind that we could get

12    into accident.

13    Q.    I see.

14    A.    I mean, you take a normal precaution.  You

15    know, as operator of the boat, I feel it was kind of

16    my responsibility to make sure that we are safe.

17    Q.    So what happened next then, Mr. Zilberman,

18    as you are reeling in with the idea in mind that you

19    were going to leave this area?

20    A.    The guys was standing kind of behind me.  We

21    were all holding.  I was standing in the middle

22    right next to center console, and I was facing port

23    side, kind of leaning against -- I have not a seat

24    but sort of a leaning post.  So I was leaning my

69

1    back toward it to have better footing, and the guys

2    were standing behind me, also, kind of in the

3    middle, you know, holding to center console and,

4    you know, railing over a leaning post.

5    Q.        Why were they holding onto the leaning

6    post?

7    A.        There are more waves.  I mean, you have to

8    hold something when you're standing on a boat.  I

9    mean, it wasn't absolutely still.

10   Q.        Okay.

11   A.        So there was a motion.  Obviously, it's not

12   an ocean liner, so and just at some point, next

13   thing I know, damn thing capsize.  I kind of, you

14   know, feel all of a sudden that I'm almost flying,

15   felt a bump on the head, and I'm under the water

16   with a fishing hook still in my hand.  (Witness

17   indicating.)

18   Q.        Did you see any waves coming toward you?

19   A.        No, I haven't.  I would usually when I'm,

20   you know, place like this and especially alone, kind

21   of -- you know, you look at something, and then you

22   turn around and just see what's coming.  But, you

23   know, there's certain periods when you, you know,

24   don't look.  You know, you look at one place, and

70

1    guys were kind of lookout.

2    Q.       Were you faced --

3    A.       And I haven't seen the wave that hit us, and

4    the waves were coming from behind.  I mean, every so

5    often, I mean, every -- as a minute or so, I would

6    turn around and scan the sea to see what's going on,

7    but you also have to have your attention on the line

8    and, obviously, on the island to make sure that boat

9    is not drifting onto the rocks.  So I was facing the

10   island, the rocks.  (Witness indicating.)

11   Q.       Your were facing the island.  Where was Mr.

12   Chizhik facing, if you know?

13   A.       They were both kind of behind me, but I

14   don't recall which of them was standing on my right

15   and which was standing on the left.  But everybody

16   had a good footing, and everybody had something to

17   grab to so, you know, boat commotion wouldn't throw

18   you, you know, out of the boat.  (Witness

19   indicating.)

20   Q.       Did you hear anybody say anything in the

21   period of time which immediately came before your

22   boat capsizing?

23   A.       I really don't remember for sure.  It's all

24   happened kind of so fast and sudden that I don't