# EXHIBIT 4

```
                                          Volume:  I
                                          Pages:   1 - 96
                                          Exhibits: 2


            UNITED STATES DISTRICT
            DISTRICT OF MASSACHUSETTS

                         CIVIL ACTION NO. 04-10106JLT


    ZHANNA CHIZHIK,                    )
        Plaintiff,                     )
                                       )
    v.                                 )
                                       )
    SEA HUNT BOATS, INC., TROPICLAND   )
    MARINE AND TACKLE, INC.,           )
        Defendant.                     )
```

DEPOSITION of **AMIR LASHGARI**, a witness called on behalf of the Defendant Sea Hunt Boats, Inc., taken pursuant to the applicable provisions of the Massachusetts Rules of Civil procedure, before John F. Kielty, a Notary Public in and for the Commonwealth of Massachusetts, at the Law Offices of Murphy, Hesse, Toomey & Lehane, 300 Crown Colony Drive, Quincy, Massachusetts, on Monday, May 16, 2005, commencing at 2:20 p.m.

JOHN F. KIELTY
2 Garrett Place
Plymouth, Massachusetts 02360
(508) 759-6767

```
 1        11:00.  I don't recall precisely.
 2        Q.      Where did you go from the Weymouth --
 3        A.      Just --
 4        Q.      -- boat area?
 5        A.      We just went into the water, into the
 6   ocean.
 7        Q.      What were the sea conditions like at the
 8   time that you left Weymouth?
 9        A.      It was -- it was, you know, regular, just --
10   what do you mean, how, what was the condition of the
11   sea?  I mean, just nothing out of -- out of
12   ordinary, just regular, average day.
13        Q.      What I am referring to, sir, was whether it
14   was smooth, choppy, wavy, or --
15        A.      It was --
16        Q.      -- any other way that you may describe it
17   from your --
18        A.      I would --
19        Q.      -- observation?
20        A.      -- say it's a little bit --  at times it was
21   smooth.  At times it was choppy.
22        Q.      Did Mr. Zilberman at any time provide you
23   with any materials concerning the boat that you were
24   in, written materials, printed materials?
```

24

1  A.      No, but I recall he told me that he was told
2  that boat would not -- if it capsizes, it would flip
3  back over.  (Witness indicating.)
4  Q.      What did --
5  A.      I remember -- I remember talking about the
6  new boat.
7          He says, "Oh, this one, if it -- if it
8  overturns, it will flip back over to the original
9  position."  (Witness indicating.)
10 Q.      When did Mr. Zilberman tell you that if the
11 boat capsizes, it would flip back over?
12 A.      When we were going in -- when we were in the
13 water, going in, when we were in the boat going into
14 the water, you know, going to the ocean.
15 Q.      As you were leaving, you are talking --
16 leaving to go out fishing, you are talking about
17 what would happen if the boat capsized?
18 A.      Yeah, because he was talking a lot of things
19 about his new boat.  He was showing off his new
20 boat, how beautiful it was and how this and that.
21 Yes.
22 Q.      Did Mr. Zilberman permit you to drive the
23 boat at all on the way out to fish?
24 A.      No.