UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZHANNA CHIZHICK
    Plaintiff,

    V                        CA 04-10106-JLT

SEA HUNT, INC.,
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

The court having been advised on NOV.,15, 2005 by counsel for the parties that the above action has been settled:   IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **60** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                            Zita Lovett
                                            /s/
                                            _____
                                            Deputy Clerk

Nov. 16, 2005