UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
| | |
|---|---|
| ZHANNA CHIZHIK, | \* |
| Administratrix of the Estate | \* |
| of Grigory Chizhik, | \*   C.A. NO.:   04-10106 JLT |
|     Plaintiff | \* |
| | \* |
| v. | \* |
| | \* |
| SEA HUNT, INC., TROPICLAND | \* |
| MARINE AND TACKLE, INC., and | \* |
| GREGORY ZILBERMAN, | \* |
|     Defendants | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STIPULATION OF DISMISSAL

THE PARTIES TO THE ABOVE-ENTITLED ACTION, PURSUANT TO THE PROVISIONS OF LOCAL RULE 41 (a) (1) (ii), HEREBY STIPULATE THAT SAID ACTION BE DISMISSED WITH PREJUDICE AND WITHOUT COSTS AND WAIVING ALL RIGHTS TO APPEAL.

DATED: January 3, 2006

                 /s/ David B. Kaplan_____
              DAVID B. KAPLAN, BBO #254580
              THE KAPLAN/BOND GROUP
              88 Black Falcon Avenue
              Suite 301
              BOSTON, MA 02210
              (617) 261-0080

/s/ William P. Breen_____
William P. Breen, Esquire
Attorney for Sea Hunt, Inc.
Murphy, Hesse, Toomey & Lehane, LLP
Crown Colony Plaza
300 Crown Colony Drive, Suite 410
PO Box 9126
Quincy, MA 02269


/s/ James T. Scamby_____
James T. Scamby, Esq.
Attorney for Tropicland Marine and
Tackle, Inc.
Tucker, Heifitz & Saltzman
Three School Street
Boston, MA  02108